AO 92
(Rev. 6/83)

# COMMITMENT

| United States District Court | DISTRICT OF NEW JERSEY |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ELIYAHU WEINSTEIN | DOCKET NO.<br><br>MAGISTRATE CASE NO.<br>10-mj-7115-01 (ES) |

The above named defendant was arrested upon the complaint of

charging a violation of  18  U.S.C. §  1344 & 2 and 1343 & 2

| DISTRICT OF OFFENSE   New Jersey | DATE OF OFFENSE<br>2/06 through 3/08 |
|---|---|

**DESCRIPTION OF CHARGES:**

Bank Fraud & Wire Fraud

**BOND IS FIXED AT**
$

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

8/12/2010
Date

Esther Salas, U.S. Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |