

**Krovatin Klingeman** LLC
ATTORNEYS AT LAW

60 PARK PLACE, SUITE 1100, NEWARK, NJ 07102   973-424-9777   WWW.KROVATIN.COM

GERALD KROVATIN
HENRY E. KLINGEMAN**
HELEN A. NAU*
ANNA G. COMINSKY*

ALSO ADMITTED IN HI AND PA**
ALSO ADMITTED IN NY*

March 20, 2012

Honorable Joel A. Pisano
United States District Judge
United States District Court
 for the District of New Jersey
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

        Re:    United States v. Eliyahu Weinstein
                  Crim. No. 11-701 (JAP)

Dear Judge Pisano:

      Enclosed is a proposed form of Consent Order modifying the conditions of bail to allow Defendant Eli Weinstein to attend religious services outside the hours of his curfew (8:00 p.m.-7:00 a.m.), under the supervision of Pretrial Services. Both the U.S. Attorney's Office and U.S. Pretrial Services consent to the Order.

      The reason for this request is that some evening services--particularly on the Sabbath (Friday night)--do not begin until after sundown. Now that daylight savings time is in effect, services either may continue after 8:00 p.m., when Mr. Weinstein is due home, or start after 8:00 (due to sundown in the summer).

      If the Court wishes to conduct a conference—either in person or by telephone—Mr. Weinstein is prepared to provide any other information required by the Court. If no conference is necessary, then the Court may sign the Consent Order and have the Deputy Clerk enter it on the docket.



Honorable Joel A. Pisano<br>
United States District Judge<br>
March 20, 2012<br>
Page 2 of 2

Thank you for your thoughtful consideration.

> Respectfully submitted,
>
> s/Henry E. Klingeman
>
> KROVATIN KLINGEMAN LLC
> 60 Park Place, Suite 1100
> Newark, New Jersey 07102
> 973-424-9777
> hklingeman@krovatin.com

cc:   Pretrial Services Officer Richard DiGiacomo (via email)
      AUSAs Zach Intrater & Gurbir S. Grewal (via email)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Crim. No. 11-701 (JAP) |
| v. : | |
| ELIYAHU WEINSTEIN, : | Honorable Joel A. Pisano<br>United States District Judge |
| Defendant. : | **CONSENT ORDER MODIFYING<br>CONDITIONS OF RELEASE** |

**THIS MATTER** having been opened to the Court by Defendant Eliyahu Weinstein (Henry E. Klingeman, Esq., appearing) for an Order Modifying Conditions of Release; the United States of America (AUSA Gurbir S. Grewal and AUSA Zach Intrater, appearing) having consented to the application; the Court having considered the positive recommendation of the United States Pretrial Services Agency (by Pretrial Services Officer Richard DiGiacomo); and for good cause shown,

**WHEREFORE, IT IS** on this _____ day of March, 2012,

**ORDERED** that the Defendant shall be permitted to attend religious services at Congregation Kol Aryeh, 521 Hope Chapel, Lakewood, New Jersey, at any time, provided he gives advance notice to Pretrial Services; and it is further

**ORDERED** that the Defendant shall be permitted to attend religious services outside his residence at any time, provided he obtains advance permission from Pretrial Services; and it is further

**ORDERED** that all other terms and conditions of pretrial release previously imposed

1

remain in full force and effect, except as modified by this Order.

_____
HONORABLE JOEL A. PISANO
United States District Judge