

Krovatin
Klingeman LLC
ATTORNEYS AT LAW

60 PARK PLACE, SUITE 1100, NEWARK, NJ 07102  973-424-9777  WWW.KROVATIN.COM

GERALD KROVATIN
HENRY E. KLINGEMAN**
HELEN A. NAU*
ANNA G. COMINSKY*

ALSO ADMITTED IN HI AND PA**
ALSO ADMITTED IN NY*

December 7, 2012

**VIA ELECTRONIC FILING**

Honorable Joel A. Pisano,
United States District Judge
United States District Court
 for the District of New Jersey
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re: United States v. Eliyahu Weinstein
      Crim. No. 11-701 (JAP)

Dear Judge Pisano:

  We write, as requested, to inform the Court of our position on the redacted Indictment. We have reviewed the Government's revisions as contained in the redacted Indictment and agree with them except for as noted herein.

  We respectfully request that the following be struck as it is now irrelevant based on the dismissal of certain Counts by the Government:

  Count 1, ¶2: "The scheme resulted in losses of more than $200 million to victims."

  Count 1, ¶8: "defendant WEINSTEIN and others obtained over $200 million from victims."

  Count 1, ¶49: "obtained more than $200 million dollars from victims"

  Count 1, ¶6 (b): "defendant WEINSTEIN asked rabbis and community members, many of whom benefitted from his contributions, to introduce him to victims and act as references for him with victims"



Honorable Joel A. Pisano
United States District Judge
December 7, 2012
Page 2 of 2

Thank you for Your Honor's thoughtful consideration.

          Respectfully submitted,

          /s/ Anna G. Cominsky
          acominsky@krovatin.com
          Krovatin Klingeman LLC
          60 Park Place, Suite 1100
          Newark, NJ 07102
          Telephone: 973-424-9777
          Facsimile: 973-424-9779

cc:    AUSAs Gurbir Grewal & Zach Intrater
       David Schoen, Esq.
       Mr. Eliyahu Weinstein