

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Elizabeth M. Harris*  *970 Broad Street, Suite 700*  *Direct: (973)645-2913*
*Assistant United States Attorney*  *Newark, New Jersey 07102*  *Fax: (973)645-3497*

December 13, 2012

VIA EMAIL & ECF
Anna G. Cominsky, Esq.
Krovatin Klingeman LLC
60 Park Place, Suite 1100
Newark, New Jersey 07102

    Re:    <u>United States v. Eliyahu Weinstein, et al.</u>, Cr. No. 11-701 (JAP)

Dear Ms. Cominsky:

    We are in receipt of your email, dated December 10, 2012, objecting to disclosure to the Prosecution Team of certain documents identified by the Taint Team as non-privileged (the "Disputed Documents"). The Taint Team will review the Disputed Documents and respond to you by Monday, December 17, as to whether it agrees with your determination that the documents are privileged. Such documents will not be disclosed to the Prosecution Team pending the Taint Team's review and the parties' agreement as to the confidential nature of the Disputed Documents. Since there is no dispute, however, as to the remaining documents identified by the Taint Team as not privileged, those documents will be produced to the Prosecution Team.

    Please contact me if you have any questions or concerns.

    Sincerely,

    PAUL J. FISHMAN
    United States Attorney

BY:    ELIZABETH M. HARRIS
    Assistant United States Attorney

cc:    Henry Klingeman, Esq.
    David I. Schoen, Esq.
    Andrew S. Pak, AUSA
    Zachary Intrater, AUSA
    Gurbir S. Grewal, AUSA