

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

GSG/RAH/ZI/PL AGR
2009R00421

*970 Broad Street, Suite 700*                                    *973/645-2700*

*Newark, NJ 07102*

January 3, 2013

Robert J. Cleary, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036

RECEIVED
JAN -3 2012 2013
AT 8:30
WILLIAM T. WALSH CLERK M

Re:  Plea Agreement with Eliyahu Weinstein

Dear Mr. Cleary:

This letter sets forth the plea agreement between your client, Eliyahu Weinstein, and the United States Attorney for the District of New Jersey ("this Office").

Charges

Conditioned on the understandings specified below, this Office will accept a guilty plea from Eliyahu Weinstein to Counts 1 and 36 of the Indictment, Crim. No. 11-701 (JAP), which charge him with wire fraud conspiracy, in violation of 18 U.S.C. § 1349, and money laundering, in violation of 18 U.S.C. § 1957. If Eliyahu Weinstein enters a guilty plea and is sentenced on these charges consistent with the stipulated range under Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, and otherwise fully complies with all of the terms of this agreement, this Office will not initiate any further criminal charges against Eliyahu Weinstein for his conduct, now known to the Government, from in or about June 2004 through the date a plea is entered in this matter. In addition, if Eliyahu Weinstein fully complies with all of the terms of this agreement, at the time of sentencing in this matter, this Office will move to dismiss counts 2-35 and 37 of the Indictment, Criminal No. 11-701, against him. However, in the event that a guilty plea in this matter is not entered for any reason or the judgment of conviction entered as a result of this guilty plea does not remain in full force and effect, defendant agrees that any dismissed charges and any other charges that are not time-barred by the applicable statute of limitations on the date this agreement is signed by Eliyahu Weinstein may be commenced against him, notwithstanding the expiration of the limitations period after Eliyahu Weinstein signs the agreement. Should the Court at any

time reject the plea under Federal Rule of Criminal Procedure 11(c)(1)(C) or act contrary to its terms, either party may elect to be relieved of the terms of this plea and the parties will be returned to the status prior to the entry of the plea.

Sentencing

The violation of 18 U.S.C. § 1349 to which Eliyahu Weinstein agrees to plead guilty carries a statutory maximum prison sentence of 20 years and a statutory maximum fine equal to the greatest of:  (1) $250,000; (2) twice the gross amount of any pecuniary gain that any persons derived from the offense; or (3) twice the gross amount of any pecuniary loss sustained by any victims of the offense.

The violation of 18 U.S.C. § 1957 to which Eliyahu Weinstein agrees to plead guilty carries a statutory maximum sentence of: (1) 10 years imprisonment; (2) a fine equal to the greatest of:  (a) $250,000, (b) twice the gross amount of any pecuniary gain that any persons derived from the offense; or (c) twice the gross amount of any pecuniary loss sustained by any victims of the offense; or (3) both imprisonment and a fine.

The sentence on each count may run consecutively.  Fines imposed by the sentencing judge may be subject to the payment of interest.

Further, in addition to imposing any other penalty on Eliyahu Weinstein, the sentencing judge:  (1) will order Eliyahu Weinstein to pay an assessment of $100 pursuant to 18 U.S.C. § 3013 per count, which assessment must be paid by the date of sentencing; (2) must order Eliyahu Weinstein to pay restitution pursuant to 18 U.S.C. §§ 3663 et seq.; (3) may order Eliyahu Weinstein, pursuant to 18 U.S.C. § 3555, to give notice to any victims of his offenses; and (4) pursuant to 18 U.S.C. § 3583, may require Eliyahu Weinstein to serve a term of supervised release of not more than three years, which will begin at the expiration of any term of imprisonment imposed.  Should Eliyahu Weinstein be placed on a term of supervised release and subsequently violate any of the conditions of supervised release before the expiration of its term, Eliyahu Weinstein may be sentenced to not more than two years' imprisonment in addition to any prison term previously imposed, regardless of the statutory maximum term of imprisonment set forth above and without credit for time previously served on post-release supervision, and may be sentenced to an additional term of supervised release.

This Office and Eliyahu Weinstein agree that, pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), the sentence to be imposed on Eliyahu Weinstein, should be as follows: (1) between 0 months and 300 months of incarceration; (2) a term of supervised release of not more than three years; (3) a special assessment of $100 per count; and (4) full restitution/forfeiture to the victims of the offenses of conviction.

Pursuant to Rule 11(c)(1)(C), this Office and Eliyahu Weinstein agree that no other sentence or fine is appropriate, beside those set forth in this paragraph. If the Court accepts this plea agreement, Eliyahu Weinstein must be sentenced accordingly.

## Rights of This Office Regarding Sentencing

Except as otherwise provided in this agreement, this Office reserves its right to correct any misstatements relating to the sentencing proceedings, and to provide the sentencing judge and the United States Probation Office all law and information relevant to sentencing, favorable or otherwise. In addition, this Office may inform the sentencing judge and the United States Probation Office of: (1) this agreement; and (2) the full nature and extent of Eliyahu Weinstein's activities and relevant conduct with respect to this case.

## Stipulations

This Office and Eliyahu Weinstein agree to stipulate at sentencing to the statements set forth in the attached Schedule A, including that the appropriate sentence to be imposed is between 0 and 300 months imprisonment, regardless of the advisory range under the United States Sentencing Guidelines. The parties agree that a sentence within that range is appropriate taking into account all of the factors under 18 U.S.C. § 3553(a), including the advisory Guidelines range determined by the Court. This agreement to stipulate, however, cannot and does not bind the sentencing judge, who may make independent factual findings and may reject any or all of the stipulations entered into by the parties. While the Court is not bound by the parties' stipulations, the Court is bound to sentence Eliyahu Weinstein to a term of imprisonment of between 0 and 300 months under Federal Rule of Criminal Procedure 11(c)(1)(C).

## Waiver of Appeal and Post-Sentencing Rights

Eliyahu Weinstein knowingly and voluntarily waives the right to file any appeal, any collateral attack, or any other writ

- 3 -

or motion, including but not limited to an appeal under 18 U.S.C. § 3742 or a motion under 28 U.S.C. § 2255, which challenges the conviction or sentence imposed by the Court if the plea is accepted and the sentence includes a period of incarceration between 0 to 300 months.

This Office will not file any appeal, motion or writ which challenges the conviction or sentence imposed by the Court if the plea is accepted and the sentence includes a period of incarceration between 0 to 300 months. Furthermore, if the Court accepts the terms of this plea agreement, including the period of incarceration stipulated to by the parties, both parties waive the right to file an appeal, collateral attack, writ, or motion claiming that the Court erred in doing so.

Both parties reserve the right to oppose or move to dismiss any appeal, collateral attack, writ, or motion barred by the preceding paragraphs and to file or to oppose any appeal, collateral attack, writ or motion not barred by the preceding paragraph.

Forfeiture/Restitution

Eliyahu Weinstein consents and agrees to forfeiture in the amount of $2 million (the "Forfeited Property"), including, as part of the Forfeited Property, forfeiture and abandonment to federal, state, and/or local law enforcement all rights, title and interest in the property seized pursuant to search and seizure warrants from Eliyahu Weinstein and/or entities under his control in or around August 2010, which are more particularly identified in Schedule B.

This Office also reserves the right to seek forfeiture of the full amount ordered by the Court at sentencing to be paid as restitution to the victims of the offenses of conviction.

Eliyahu Weinstein waives all challenges of any kind to the forfeiture and abandonment of the Forfeited Property and/or the full amount ordered by the Court to be paid as restitution. Eliyahu Weinstein further waives any additional notice requirement in connection with the forfeiture/restitution and abandonment of the Forfeited Property and/or the full amount ordered by the Court to be paid as restitution.

Immigration Consequences

The defendant understands that, if he is not a citizen of the United States, his guilty plea to the charged offenses will

- 4 -

likely result in his being subject to immigration proceedings and removed from the United States by making him deportable, excludable, or inadmissible, or ending his naturalization. The defendant understands that the immigration consequences of this plea will be imposed in a separate proceeding before the immigration authorities. The defendant wants and agrees to plead guilty to the charged offenses regardless of any immigration consequences of this plea, even if this plea will cause his removal from the United States. The defendant understands that he is bound by his guilty plea regardless of any immigration consequences of the plea. Accordingly, the defendant waives any and all challenges to his guilty plea and to his sentence based on any immigration consequences, and agrees not to seek to withdraw his guilty plea, or to file a direct appeal or any kind of collateral attack challenging his guilty plea, conviction, or sentence, based on any immigration consequences of his guilty plea.

Other Provisions

This agreement is limited to the United States Attorney's Office for the District of New Jersey and cannot bind other federal, state, or local authorities. However, this Office will bring this agreement to the attention of other prosecuting offices, if requested to do so.

This agreement was reached without regard to any civil or administrative matters that may be pending or commenced in the future against Eliyahu Weinstein. This agreement does not prohibit the United States, any agency thereof (including the Internal Revenue Service), or any third party from initiating or prosecuting any civil or administrative proceeding against Eliyahu Weinstein.

Accounting of Funds

As part of this agreement, Eliyahu Weinstein agrees to provide to this Office a full accounting, under penalty of perjury, of all monies paid to, or assets received by, Eliyahu Weinstein, directly or indirectly, from any and all entities and individuals referred to in the Indictment, during and after the period charged in the Indictment and the disposition of any and all funds. As part of this full accounting, Eliyahu Weinstein agrees to submit to a recorded deposition under oath regarding the sources of funds paid to him, directly or indirectly, and their disposition, if requested by this Office.

Moreover, Eliyahu Weinstein recognizes that this full accounting will be provided as part of, and in partial consideration for, this Office's agreement to stipulate to a period

- 5 -

of incarceration between 0 to 300 months.  Accordingly, Eliyahu Weinstein recognizes and agrees that in no way shall Eliyahu Weinstein be permitted to argue at any proceeding that he should receive credit, either under a theory of acceptance of responsibility or pursuant to any factor listed in 18 U.S.C. § 3553(a), for his provision of information made as part of his accounting of funds.  Notwithstanding the above, however, if Eliyahu Weinstein makes restitution payments or forfeits assets prior to sentencing, he may argue the relevance of such payments at the time of sentencing as part of his acceptance of responsibility and/or pursuant to any factor listed in 18 U.S.C. § 3553(a).

No Other Promises

        This agreement constitutes the plea agreement between Eliyahu Weinstein and this Office and supersedes any previous agreements between them.  No additional promises, agreements, or conditions have been made or will be made unless set forth in writing and signed by the parties.

                          Very truly yours,

                          PAUL J. FISHMAN
                          United States Attorney


                          By: Gurbir S. Grewal
                              Rachael A. Honig
                              Zach Intrater
                              Assistant U.S. Attorneys


APPROVED:


Thomas J. Eicher/rah
Thomas J. Eicher
Chief, Criminal Division

I have received this letter from my attorney, Robert J. Cleary, Esq. I have read it. My attorney and I have discussed it and all of its provisions, including those addressing the charges, sentencing, stipulations, waiver, forfeiture, immigration consequences, and accounting of funds, as well as the impact Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure has upon this agreement. I understand this letter fully. I hereby accept its terms and conditions and acknowledge that it constitutes the plea agreement between the parties. I understand that no additional promises, agreements, or conditions have been made or will be made unless set forth in writing and signed by the parties. I want to plead guilty pursuant to this plea agreement.


AGREED AND ACCEPTED:


_____          Date: 1/3/13
Eliyahu Weinstein


        I have discussed with my client this plea agreement and all of its provisions, including those addressing the charges, sentencing, stipulations, waiver, forfeiture, and immigration consequences, as well as the impact Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure has upon this agreement. My client understands this plea agreement fully and wants to plead guilty pursuant to it.


_____          Date: 1/3/13
Robert J. Cleary, Esq.


- 7 -

Plea Agreement With Eliyahu Weinstein

Schedule A

1.    This Office and Eliyahu Weinstein agree to stipulate to the following facts:

a.    From in or around June 2004 through at least in or about August 2010, Eliyahu Weinstein knowingly and intentionally devised and participated in an investment fraud scheme, as described in the Indictment (the "Weinstein Fraud Scheme").

b.    As part of the Weinstein Fraud Scheme, Eliyahu Weinstein obtained money and property by means of materially false and fraudulent pretenses, representations, and promises.

c.    In advancing, furthering, or carrying out the Weinstein Fraud Scheme, Eliyahu Weinstein transmitted writings, signals, or sounds by means of a wire, radio, or television communication in interstate commerce, or caused the transmission of writings, signals, or sounds by means of a wire, radio, or television communication in interstate commerce.

d.    Eliyahu Weinstein knowingly engaged in monetary transactions, knowing that the transactions involved property derived criminally from wire fraud, of a value greater than $10,000.

e.    As of the date of this letter, Eliyahu Weinstein has clearly demonstrated a recognition and affirmative acceptance of personal responsibility for the offenses charged, and this agreement requires that such acceptance of responsibility continue through the date of sentencing, including by providing the accounting of all assets received by Eliyahu Weinstein, directly or indirectly, from all entities and individuals referred to in the Indictment, during or after the period charged in the Indictment. Moreover, if: (a) Eliyahu Weinstein enters a plea pursuant to this agreement; and (b) this Office decides, in its sole discretion, that Eliyahu Weinstein's acceptance of responsibility, including the required accounting, has continued through the date of sentencing, the parties agree that Eliyahu Weinstein has thereby assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

- 8 -

2.    In accordance with the above, and pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, the parties agree that a sentence of between 0 to 300 months imprisonment and a period of not more than three years of supervised release, full restitution/forfeiture to the victims of the offenses of conviction, as well as a full accounting, under penalty of perjury, of all monies paid to Eliyahu Weinstein, from any source, during the period covered by the Indictment (hereinafter the **"Stipulated Sentence"**) is reasonable taking into account all of the factors under 18 U.S.C. § 3553(a), and neither party will argue for a sentence above or below the **Stipulated Sentence.**

SCHEDULE B

| DESCRIPTION OF ARTICLE | VALUE |
|---|---|
| 18kt White Gold and Diamond Collar Necklace - Pave | 13,340.00 |
| 18kt White Gold and Diamond Necklace with Pearl Choker | 9,465.00 |
| 18kt White Gold "Oliva" Diamond and Pink Tourmaline Ring | 1,440.00 |
| 18kt White Gold "de Grisogano" Allegra Ring Cross Over Design | 4,500.00 |
| 18kt Yellow Gold Diamond and Gemstone Ring | 740.00 |
| 14kt Yellow Gold Band - Square Edged | 292.00 |
| 14kt Yellow Gold Ring - Domed Groove | 114.00 |
| 18kt White Gold and Diamond Twist Ring | 1,845.00 |
| 18kt White Gold "Oliva" Diamond and Blue Spinal Ring | 1,465.00 |
| 18kt White Gold "Oliva" Blue and White Diamond Ring - Heart Shaped | 5,869.00 |
| 18kt Yellow and Chocolate Gold "de Grisogano" Diamond Ring - Love Knot | 5,400.00 |
| 14kt White Gold Diamond Band - Bezel Setting | 3,110.00 |
| 18kt White Gold and Diamond Band - Invisible Setting | 1,253.00 |
| 18kt Yellow Gold Diamond Ring - Channel Setting | 4,175.00 |
| 14kt Yellow Gold and Cubic Zirconium Engagement Ring | 208.00 |
| Silver Hebrew Signet Ring | 8.00 |
| 18kt White Gold Diamond and Pink Tourmaline Necklace | 3,420.00 |
| 18kt Yellow Gold Diamond and Gemstone Necklace - Abstract Style | 1,440.00 |
| 18kt White Gold Diamond Cluster Necklace | 12,169.00 |
| 18kt White Gold and Diamond Butterfly Necklace | 5,680.00 |
| 14kt 22 inch Yellow Gold Solid Rope Chain | 510.00 |
| 14kt White Gold Chain and 18kt White Gold Diamond Heart Pendant | 979.00 |
| 18kt White Gold Diamond Pave Heart Necklace | 5,435.00 |
| Men's Black Jacob & Company POD Watch - New | 4,200.00 |
| 18kt White Gold White Diamond and Blue Diamond Earrings | 4,460.00 |
| 18kt White Gold Diamond Hoop Earrings | 2,482.00 |
| 18kt Yellow Gold Diamond and Citrine Earrings | 1,220.00 |
| 18kt White Gold Diamond and Ruby Earrings | 2,576.00 |
| 18kt White Gold Diamond Dangle Earrings | 4,770.00 |
| 18kt White Gold Diamond Hoop Earrings - huggie style | 2,325.00 |
| 14kt White Gold Round Diamond Stud Earrings - 4 Prong Basket Setting | 2,140.00 |
| 14kt Yellow Gold Heart Shaped Diamond Stud Earrings | 254.00 |
| 18kt White Gold Heart Shaped Diamond Stud Earrings | 248.00 |
| 18kt White Gold Diamond and Pink Tourmaline Earrings | 1,480.00 |
| 18kt White Gold Heart Shaped Diamond Earrings | 2,240.00 |
| 14kt Yellow Gold Diamond Drop Shaped Earrings | 420.00 |
| Silver and Cubic Zirconium and Freshwater Pearl Dangle Earrings | 40.00 |
| Avi Luvaton 925 Sterling Silver Diamond and Enameled Bangle | 936.00 |
| Avi Luvaton 18kt Yellow Gold Open Link Charm Bracelet with 3 Charms | 878.00 |
| Men's 18kt Yellow Gold and Stainless Steel Cartier Balloon Bleu Automatic Watch | 3,775.00 |
| Ladies 18kt Yellow Gold and Stainless Steel Cartier Balloon Bleu Automatic Watch | 3,125.00 |
| Ladies 18kt Yellow Gold and Diamond Mauboussin Watch | 8,140.00 |
| Ladies 18kt White Gold and Diamond Audemars Piguel Watch | 31,392.00 |
| Loose 2.39CT TW Round Diamond | 37,045.00 |
| 14kt White Gold European Style Band | 118.00 |
| 18kt White Gold "Oliva" Diamond Bracelet | 16,532.00 |
| 14kt Yellow Gold Fancy Bracelet engraved With Love Abba & Mommy Tishrei 5756 | 1,570.00 |
| 18kt White Gold and Diamond Bangle - Flexible - 1 of 2 | 1,320.00 |
| 18kt White Gold and Diamond Bangle - Flexible - 2 of 2 | 1,320.00 |
| Platinum Diamond Tennis Bracelet - 4 Prong Setting | 28,670.00 |
| 18kt Yellow Gold and Diamond Bangle Bracelet - Flexible | 1,363.00 |

# SCHEDULE B

| | |
|---|---:|
| 18kt White Gold and Diamond Bracelet | 4,890.00 |
| 14kt Yellow Gold Mesh and Blue Topaz, Amethyst and Peridot Gemstone  Bangle | 385.00 |
| 18kt White Gold Blue and White Diamond Bracelet | 5,980.00 |
| Avi Luvaton 18kt Yellow Gold and Diamond Necklace with Assorted Pendants | 1,434.00 |
| 18kt White Gold Diamond Pendant Necklace | 1,463.00 |
| Men's Stainless Steel Aviator Watch with Box | 149.00 |
| 14kt Yellow Gold Necklace - Hugs and Kisses Style | 850.00 |
| 14kt Yellow Gold Flexible Link Ring | 144.00 |
| 18kt White Gold and Diamond Necklace | 5,244.00 |
| 18kt Yellow Gold and Diamond Necklace - Heart Shaped Pendant | 266.00 |
| Men's Stainless Steel Miyota Company Watch | 63.00 |
| Men's 14kt Gold "Nobel" Watch | 897.00 |
| Sterling Silver Chain and Synthetic Oval Citrine Pendant | 87.00 |
| Genuine Cultured Pearl Necklace - 16 Inch Strand | 845.00 |
| Genuine Cultured Pearl Necklace - 18 Inch Strand | 1,060.00 |
| Stainless Steel Cubic Zirconium and Pink Quartz Cuff Links | 13.00 |
| One Single Sterling Silver with Onyx and 14kt Yellow Gold Accents Cuff Link | 22.00 |
| One Single Sterling Silver with Cubic Zirconium Soccer Ball Style Cuff Link | 14.00 |
| One Single 14kt Yellow Gold Cuff Link with Hebrew Letters | 77.00 |
| 18kt Yellow Gold Cuff Links | 593.00 |
| Siver Charm Hebrew Pendant | 2.60 |
| Two Near Round Matched Pearls | 210.00 |
| 14kt White Gold Diamond Onyx and Mother of Pearl Cuff Links-Checkerboard Design | 446.00 |
| 14kt White Gold Diamond and Rutilated Quartz Cuff Links | 330.00 |
| 18kt White Gold and Diamond Cuff Links | 897.00 |
| Stainless Steel Zirconium and Blue Zirconium Cuff Links | 14.00 |
| Rose Tone, Zirconium and Hematite Cuff Links | 23.00 |
| Rose Tone, Zirconia and Fancy Quartz Cuff Links | 22.00 |
| Stainless Steel, Zirconia and Fancy Quartz Cuff Links | 23.00 |
| Avi Luvaton Sterling Silver and Rosewood Hebrew Compass | 800.00 |
| | |
| | |
| **OTHER** | |
| Mark Lane Stainless Steel Braided Ball Point Pen | 110.00 |
| Dolce and Gabbana Sunglasses with Synthetic Cubic Zirconium Accents | 80.00 |
| | 190.00 |
| | |
| | |
| | |
| | |
| **TOTAL:** | **275,519.60** |

# SCHEDULE B

SEIZURE WARRANTS
BANKING INFORMATION

| BANK | | AMOUNT SEIZED | |
|---|---|---|---|
| TD BANK & TD BANK NORTH | | | |
| ACCOUNT NUMBER | | AMOUNT SEIZED | |
| 7864181297 | | $ | 821,127.94 |
| | | $ | 963.82 |
| | | $ | 822,091.76 |
| | | | |
| BANK OF AMERICA | | | |
| ACCOUNT NUMBER | | AMOUNT SEIZED | |
| 381022014968 | | $ | 13,348.13 |
| 381020694762 | | $ | 1,589.43 |
| 381022014971 | | $ | 11.72 |
| | | $ | 14,949.28 |
| | | | |
| PROVIDENT BANK | | | |
| ACCOUNT NUMBER | | AMOUNT SEIZED | |
| 601213474 | | $ | 32,385.86 |
| 832600555 | | $ | 984.51 |
| | | $ | 33,370.37 |

# SCHEDULE B

Austone-Enfeld Associates
66 West 35th Street, Bayonne, New Jersey 07002    RBeat@AOL.com  201-858-1275

## Statistics

## Part 1: Religious Articles

### 1. Silver-Plated Kiddush Cup by Shuki Freiman, 20th century
A silver plated cup faceted with six sides decorated with fruits mentioned in the Bible. Each panel is decorated separately. Inscription in decorative silver applied to the surface with "L'chvod Shabbat v'yom Tov"- "To honor the Shabbath and holy day," indicating its function. Marked on the underside of the cup, "Jerusalem, SF, 925, Alt-Neu". The maker is Shuki Freiman, who has a studio in Jerusalem and it is from the Alt-Neu line.

Measurements: Height= 7-1/4" Rim= 3" diameter
Photographs: 1a, 1b, 1c
Condition: Some oxidation on the top lip indicating use. If there was a glass liner, it is now missing. Good condition and luster throughout.

The values assessed for this piece was based upon the unique and rare work that Shuki Freiman an Israeli artist, world-reknown, for his traditional and modernist work in silver and parchment. A number of pieces have been identified as being made by Freiman and have been assessed accordingly. Freiman caters to a specific taste and social class of Jewish collectors.

$2000.00

### 2. Silver plated Kiddush Cup Tray with Hebrew Inscription, 20th century, Jerusalem
Silver plated Kiddush cup plate. Inscribed in Hebrew with the following phrased, translated into English "Cup of the Blessing" Inscribed with "Avigdor Yissachar Shlama Weinstein, Much Revered From the School of Study in Jerusalem". Decorated acanthus leaves are incised into the rim. Made by the Judaica firm Hazorfim.
Marked with Hazorfim, 925, *1686H

Measurement: Diameter= 7"
Photograph: 1d
Condition: Severe oxidation and dusty film on surface.

N.B. This tray was paired with the Kiddush cup in 1. It was formerly part of a Hatan set, although the original Kiddush cup was not with the collection.

$300.00

### 3. Grogger (noisemaker) for Purim, 20th century, Jerusalem

Statistics
Appraisal Prepared for The Federal Bureau of Investigation
For Inventory Purposes for Fair Market Value
Appraisal is void if dismantled or separated

Effective Date: December 23, 2011
Austone-Enfeld Associates

RAB 8/90

004 of 013

## SCHEDULE B

Austone-Enfeld Associates
66 West 35th Street, Bayonne, New Jersey 07002    RBeat@AOL.com  201-858-1275

Appears to be a complete sterling silver, adorned with a finial, functioning noisemaker used for the purpose of noise during the reading of the Megillah (Scroll) of Esther. Top portion shows an elaborate scene of Mordechai being led on horseback through the streets of Shushan by Haman. The grogger is engraved on the top portion in Hebrew- "Arur Haman" or Cursed Haman and on the bottom portion it is engraved with "Arura Zeresh" or Cursed Zeresh. Zeresh is the wife of Haman in the story of Esther. The handle portion of the grogger is outfitted with a flip-top and can be used as a flask to hold alcohol. The outer portion is adorned with a decoration from the life of Esther as the ten sons of Haman are hung on a tree. Each son is labeled with their name in Hebrew: Parshandatha, Dalphon, Aspatha, Poratha, Adalia, Aridatha, Parmashta, Arisai, Aridai, Vajezatha. The inscription says "And the ten sons of Haman were hung on a tree." Unmarked.

Measurement: 8" X 6"
Photographs: 2a, 2b, 2c
Condition: Excellent

$4000.00

4. Omer Calendar Plaque "Sfirat Ha'Omer" with Turning Mechanism, 20th century, Shuki Freiman, Jerusalem
This type of counter composed of silver throughout is inscribed with the blessing for the Omer. The smaller box it outfitted with the turning scroll on parchment, handwritten by the artist Shuki Freiman. The following blessing is inscribed in Hebrew:
"Blessed are You, Lord our God, King of the Universe, who has sanctified us with His commandments, and commanded us concerning the counting of the Omer."
Each of the parchment pieces for the day is decorated with floral border with a combination of eastern motifs. A small cityscape of the old city of Jerusalem decorates the bottom. Script is written in black ink in *stam* script with *tagin* and *nikkud*.

N.B. A detailed list of this blessing had been included in the appendix of this appraisal.

Measurements: Length of plaque- 11-1/2" X 16-1/2", length of scroll- 6-1/2" X 5"
Photographs: 3a, 3b, 3c, 3d, 3e, 3f
Condition: Excellent

A highly unusual example of a calendar and parchment material commanding the value because they are rare on the marketplace and produced by Shuki Freiman.

$12,000.00

5. Haggadah for Passover, Shuki Freiman, Jerusalem, 1996
Appears to be a Haggadah encased in wood and velvet in a chest, with two bronze outfittings The entire book is composed of leather, giclee images on paper.

Statistics
Appraisal Prepared for The Federal Bureau of Investigation
For Inventory Purposes for Fair Market Value
Appraisal is void if dismantled or separated

Effective Date: December 23, 2011
Austone-Enfeld Associates

89/90

# SCHEDULE B

Austone-Enfeld Associates
66 West 35th Street, Bayonne, New Jersey 07002    RBcat@AOL.com  201-858-1275

This is a Haggadah produced en masse. Appears to have been made specifically, based upon the colophon and introduction, for the Rav Eliyahu Weinstein, during the Holiday of Purim in the Year 1996. The Haggadah was not handmade but rather reproduced with giclee prints and features the major blessings in Hebrew and Aramaic, including the "Four Sons", "Ha Lachmah Anyah" and "On These Three Things."

Measurements: 13" X 12" X 3"
Photographs: 4a, 4b, 4c, 4d, 4e, 4f
Condition: Mint, unused

Comparables:
1. Tiroche Auction House, Israel. Auction #141. "An Illustrated Passover Haggadah by Shuki Freiman, #189.  Estimates: $3000.00- $4000.00. Sold for: $690.00.

These type of Haggadah is quite readily available on the marketplace.

$5000.00

6. Complete Havdalah set, Avi Luvaton, circa 2010
Appears to be a complete silver plated with gold tray with the three pieces used for the ritual practice of ending the Sabbath and beginning the new week. Consists of a spice box, candlestick and cup for wine. The pieces are outfitted with rosewood.
All pieces have been marked with Avi Luvaton on the bottom of each piece.

Measurements: Spice container- 7cm X 6cm
              Wine cup- 4" X 8cm diameter
              Candle holder- 7cm X 6cm diameter
              Tray and holder – 10" X 5"; 3" X 3"
Photograph: 5a, 5b, 5c, 5d
Condition: Mint, never used

$900.00

7.  Seven Mezuzot, Avi Luvaton, Jerusalem, circa 2007
Appears to be seven individual mezuzot, or door post markers, without the Shema blessing written on parchment. The decorations on the front of each mezuzah reflect each of the floral of Israel mentioned in the Old Testament: Date Palm, Clematis, Iris, Daffodil, and Tiger lilies. These are not a complete set and were not designed to be sold as a set, rather each is individual. Silver filigree upon cherry wood inlay. These may still be magnetic as some of the mezuzot made by Luvaton have that unique trait and can be easily removed.

Measurements: 7"
Photograph: 6
Condition: Mint, never used.

Statistics                                    Effective Date: December 23, 2011
Appraisal Prepared for The Federal Bureau of Investigation          Austone-Enfeld Associates
For Inventory Purposes for Fair Market Value
Appraisal is void if dismantled or separated

10/90&c

## SCHEDULE B

Austone-Enfeld Associates
66 West 35ᵗʰ Street, Bayonne, New Jersey  07002    RBeat@AOL.com  201-858-1275

1 @ $250.00, Total= $1750.00

## 8. "Shoforot" 8 Branched Chanukah Menorah, Shuki Freiman, Jerusalem, circa 2000

Appears to be an example of a Menorah designated for the use in Chanukah made by Shuki Freiman, of silver plate. Marked SF 925. The entire menorah rests on a platter with plaques of inscribed names. The menorah is composed of 8 interlocking branches of the Menorah. Each piece of the menorah is incised with repeated floral imagery. The tops of each branch terminate in a compartment space that would be outfitted for a glass goblet for oil. This menorah is also surmounted on a pedestal terminating in swirling volutes and a graduated step each balanced further on gold plated reclining lions. The six-sided pedestal that the entire construction rests upon is higher than the placement on the platter. The platter is six sided as well and features the following names engaged on little silver plaques, which can be removed.

1. Josef
2. Avraham Yitzchak
3. Eliyahu and Rivka Siryl Weinstein
4. Hadass Shirah
5. Yisroel Meir
6. Leah
7. Avigdor Yisacchar Shlama

Measurements: Candelabra on the Platter 17" X 17", Height= 22", Diameter= 18"
Photograph: 7a, 7b, 7c, 7d, 7e, 7f
Condition: Excellent.

Comparables:
1. J. Greenstein's, New York. June 2011, Lot #106. A Dreidel Menorah by Yaakov Agam, Israel, c. 1980. On rectangular base with kinetically moving fonts each in the shape of a dreidel. Estimate: $4000.00- $6000.00. Sold for: N/S.

2. J. Greenstein's New York. June 2011, Lot #110. A Large Silver Chanukah Lamp by Shuki Freiman. With ornate back plate richly decorated with applied silver strands. 9.2" tall. Estimate: $5000.00- $7000.00. Sold for: $4750.00.

3. J. Greenstein's New York. June 2011, Lot #111. A Large Silver Chanukah Lamp by Shuki Freiman. With ornate back plate richly decorated with applied silver strands. 10" tall. Estimate: $5000.00- $7000.00. Sold for: $7500.00.

$15,000.00

The comparables used for this particular example do not reflect the values for this piece, especially given that this is a trademark example on Shuki Freiman's website. The piece was privately commissioned and had specific criteria that the comparables do not have. The

Statistics                                                          Effective Date: December 23, 2011
Appraisal Prepared for The Federal Bureau of Investigation          Austone-Enfeld Associates
For Inventory Purposes for Fair Market Value
Appraisal is void if dismantled or separated

11/90

## SCHEDULE B

Austone-Enfeld Associates
66 West 35th Street, Bayonne, New Jersey 07002    RBeat@AOL.com   201-858-1275

sheer size of the piece also warrants attention because it has more material. The piece that
has been examined is a showcase menorah that typifies Freiman's work as a Judaica artisan,
who works adeptly with the silver material.

N.B. This is a picture of similar "Candelabra Shofrot" featured on the website of Shuki
Freiman www.sfreiman.com. It, too, is outfitted for oil burning.



Fig. 1

### 9. Sefer Netzach Yisroel, "The Eternity of Israel", Signed 1599
This was a text printed and written by Judaj Loew ben Bezalel, known as the Maharal of
Prague, c. 1520- Sept. 17, 1609. Netzach "eternity" has the same root as the word for
victory, Tisha B'Av (an annual day of mourning about the destruction of the Temples and
the Jewish Exile to Babylonia) and the final deliverance. It is a text that discusses one of the
Three Oaths. There are some handwritten commentaries from previous owners and
authorities, including a stamp of origin from Urbino, as noted in the script "d'Urbino."
Measurement: 12" X 8"
Condition: Fair, some foxing throughout.
Photograph: 13a, 13b, 13c

$900.00

### 10. Sefer HaHasidim, Bologna, 19th century
This was a printed text and not as valuable because it was printed in a mass produced
fashion and also a later product.

Measurement: 9" X 6"
Condition: Good
No picture needed for the example.

$300.00

### 11. Sefer Pre-Zedek, Sefer HaHasidim, Livorno, Signed 1848

Statistics
Appraisal Prepared for The Federal Bureau of Investigation
For Inventory Purposes for Fair Market Value
Appraisal is void if dismantled or separated

Effective Date: December 23, 2011
Austone-Enfeld Associates

12/90 RKG

008 of 013

# SCHEDULE B

Austone-Enfeld Associates
66 West 35th Street, Bayonne, New Jersey  07002    RBcat@AOL.com  201-858-1275

Sefer Chasidim is a halachic work, written by one of the great Baalei Tosafos, Rabeinu
Yehudah HaChasid, in the 12th century. In a general sense it is a commentary written in a
variety of printed scripts including Rashi text.
Book of the Hasidim, a section on Jewish mysticism.
Measurement: 9" X 13"
Photograph: 14a, 14b, 14c, 14d, 14e

$600.00

### Part 2: Megillot Esther (Scrolls of Esther) and Kettubah (Marriage Contract)

### 12. Silver Scroll Case with Megillat Esther

Features a 6 sided silver case featuring scenes from the Biblical Book of Esther. Sterling
silver throughout though not marked by any artist. The top lid features a repoussé image of
a dove in flight. Each side shows a particular scenes of Jews rejoicing and praying in the city
of Shushan. Most notable is the scene of Mordechai being led through the streets of
Shushan by Haman in a sackcloth.

Measurements: Diameter of Lid: 4", Height: 15", 12" X 17"
Condition: Excellent
Photographs: 8a, 8b, 8c, 8d, 8e, 8f

$6000.00

### 13. Megillah Esther Scroll without Silver accoutrements, Jerusalem

This scroll belongs to the case (number 12). Features scenes from the book of Esther
throughout the entire scene, predominantly gouache and ink on parchment.  Each column
features 28 lines written in square Hebrew script with *tagin* on four membranes. Text is
separated by the floral decorated border throughout. The borders are black with white and
grey floral patterns and petals. The background features an ancient cityscape in muted tan
and buff shades. All the figures are outfitted in Ancient Persian or Biblical Israelite costume
in highly defined and three-dimensionally rendered. The fact that this Scroll of Esther is
highly ornate is attributed to the nature of the holiday and that the images from a story could
be introduced in such a colorful manner to such a religious context.  It is worth noting that
the colors fit an appropriate jewel-tone palette appropriate with that of a courtly scene. A
scroll of this type and in such pristine and unused condition makes it highly desirable item as
well as its realized value. Kasher.

Measurement: 60 X 18-1/2" or (1525 X 470mm)
Condition: Excellent
Photographs: 9a, 9b, 9c, 9d

$12,000.00

Statistics                                                        Effective Date: December 23, 2011
Appraisal Prepared for The Federal Bureau of Investigation        Austone-Enfeld Associates
For Inventory Purposes for Fair Market Value
Appraisal is void if dismantled or separated

13 / 90 RBc

009 of 013

## SCHEDULE B

Austone-Enfeld Associates
66 West 35ᵗʰ Street, Bayonne, New Jersey 07002   RBeat@AOL.com   201-858-1275

14. Silver Case for Scroll of Esther and Scroll of Esther, Shuki Freiman, Jerusalem, circa 1990s.

This set of the Scroll of Esther and its case are recognized together because of its unique style and the initial shape of the case. It appears that the artist has chosen significant scenes in the book of Esther. The scroll holder matches the entire composition of that scroll that is concealed within. They were constructed to match. Within the parchment scroll itself is a decorated repoussed thin silver post holder and the remaining text of the scroll of Esther is illustrated throughout. 21 lines in each column. Approximately 18 columns of text are set off in large oval lozenges. The art of paper cutting, or German *scherenschnitte* is evident throughout. Gold leafing has been applied throughout the parchment to accompany the decoration. This scroll is reflective of the whimsicality and ornate detailing of swirling volutes that characterizes the work known by Shuki Freiman. The figures in the panels appear to be decorated in pseudo ancient Israeli costume. Pastel colors throughout. The actual stave and post that holds the scroll is gold plated pointed ornate crown similar to that on the case.

N.B. This Scroll of Esther set was commissioned together.

Measurements: Case: 32" X 4"   Scroll: 12" X 17"
Condition: Excellent, Kasher.
Photographs: 10a, 10b, 10c, 10d, 10e, 10f, 10g, 10h, 10i, 10j;
             11a, 11b

Comparables:
1. 12/17/2008, Sotheby's New York, Lot #43, "Haggadat Ha-Keter" by Shuki Freiman, Jerusalem 2008. Estimates: $60,000.00- $80,000.00 Sold for $62,500.00.

$27,000.00

15. Turntable Scroll of Esther within Silver Plated Shadowbox, Shuki Freiman, circa 1990s, Jerusalem

Appears to be an excellent miniatures example of the complete scroll of Esther, made by the artist Shuki Freiman. The scroll has been constructed individually with painted columns separating each column of script. 42 lines per column, which the most standard of all megillot. The color scheme of the painted scenes from the life of Esther are positioned at the bottom of each pair of the scroll is considered that of a grisaille, or shadowing with a single palette including green and brown and purple. Again the focus of this smaller shadowbox is the text. Each column features lines written in square Hebrew script with *tagin* on four membranes. Text is separated by the floral decorated border throughout. Similar in style to all works made by Shuki Freiman. On the outside of the box is the script on the right and left side, in gold plate in Hebrew "Megillat Esther". On the very of the box are two small silver plated figurines featuring the villain Haman leading the victor of the story Mordechai on horseback. Small attachements of silver plate have also been affixed to the box including a scene of the Old City of Jerusalem. The scroll was commissioned on parchment as well.

Statistics
Appraisal Prepared for The Federal Bureau of Investigation
For Inventory Purposes for Fair Market Value
Appraisal is void if dismantled or separated

Effective Date: December 23, 2011
Austone-Enfeld Associates

14/90 RR

# SCHEDULE B

Austone-Enfeld Associates
66 West 35th Street, Bayonne, New Jersey 07002    RBeat@AOL.com  201-858-1275

Measurements:
Condition: Excellent, Kasher
Photographs: 12a, 12b, 12c, 12d, 12e

Comparables

1. 1/9/2012, J.Greenstein & Co. A Large silver and wood torah ark by Shuki Freiman, Jerusalem, Circa 1990. 23" Tall. Estimate $12,000.00 - $15,000.00. Sale has yet to take place.
2. 6/19-24/2011, J. Greenstein & Co. A Large Silver Purim compendium by Shuki Freiman. On wooden base with detachable sterling megillah case,encasing a richly decorated hand painted megillah. Also with detachable grogger. Estimates: $9000.00- $12,000.00 Sold for $9500.00

$35,000.00

## 16. Kettubah (Marriage Contract), Shuki Freiman, circa 1990.

This is an elaborate commission designed for the marriage contract part of the wedding festivities. This is evident from the blessings including the most prominent "My Beloved is For Me, and I am for My Beloved." Each blessing is outfitted in several large cartouches. The two posts on either end are capable of turning the print one way or another. The top of each post is similar to that of the Megillah of Esther with its gold plated crown. Small gold plated bells are affixed to each of these crowns, which produces a sound. This is clearly the work of Shuki Freiman as noted from the pastel elaborate scenes with the papercutting technique and the general script. There is some mechanical precision to this massive printed work. The scene that commences the entire document, as read from right to left, begins with a scene from the Bible, possibly that of the receiving the ark of the convenant, but the costuming of the figures bely the time period.

Each circle, which features a different blessing, is separated by another column of text, perhaps reaffirming the mutual agreement of marriage, which is different and individualized for each Kettubah. The names of the people, who commissioned the work, and are bound by this marriage documented are not present or named, which may be irregular. There are also blessings of the Sabbath on the first circle, which welcomes the Shabbat. The first column also welcomes the Sabbath. The blessing in the Second circle features the "Woman of Valour" blessing, which has been included in the appendix of this document. The last blessing in the fourth circle is from the Song of Solomon 2:1, " I am rose of Sharon, a lily of the valleys."

This has been constructed on parchment and is kasher for use.

Measurements: Height: 27" Middle: 22"; Length: 57"

Statistics                                                    Effective Date: December 23, 2011
Appraisal Prepared for The Federal Bureau of Investigation          Austone-Enfeld Associates
For Inventory Purposes for Fair Market Value
Appraisal is void if dismantled or separated

15/90

011 of 013

SCHEDULE B

Austone-Enfeld Associates
66 West 35th Street, Bayonne, New Jersey 07002    RBeat@AOL.com   201-858-1275

Condition: Excellent, some dust throughout. Mechanism to turn the entire scroll is still in working condition but needs and additional oiling or to be in use.
Photographs: 15a, 15b, 15c, 15d, 15e, 15f, 15g, 15h

Comparables:
1. 12/17/2008, Sotheby's New York, Lot #43 "Haggadat Ha-Keter, Shuki Freiman, Jerusalem. Estimates: $60,000- $80,000.00 Sold for $65,200.00.

$45,000.00

17. A Scroll of Esther and Matching case, Shuki Freiman, Jerusalem, circa 2000.
A fully directional Megillat Esther with matching case and mounted on black velvet, which serves perhaps as a protective device. All conceived off on parchment and adhering the rules of kashrut, with the word HaMelekh at the beginning of each "column". This is a slightly different megillah because each column was converted into a circle and does not adhere to any specific number of lines for each column. That being said it may also be more for decorative purposes as the ink may be printed on rather than hand written. The decorations throughout feature scales of justice, mystical images from the Kebalah and Sifre Evronot.

Measurements: scroll- 18" X 60", case- 22" X 5"
Condition: Excellent, the black backing has certainly protected it well.
Photographs: 16a, 16b, 17a, 17b, 17c.

$20,000.00

18. A Scroll of Esther, 20th century, Jerusalem
This is an example of a more traditional scroll of Esther featuring a more traditional example of pictures featuring scenes from the Book of Esther and Kabbalistic images in primary hues. 21 lines throughout each column. Bright colors throughout.

Measurements: 20" X 60"
Condition: Excellent, parchment is solid and good throughout.
Photographs: 18a, 18b, 18c, 18d, 18e

$15,000.00

Statistics                                                    Effective Date: December 23, 2011
Appraisal Prepared for The Federal Bureau of Investigation          Austone-Enfeld Associates
For Inventory Purposes for Fair Market Value
Appraisal is void if dismantled or separated

16/90RBG

012 of 013

## SCHEDULE B

Austone-Enfeld Associates
66 West 35th Street, Bayonne, New Jersey 07002    RBeat@AOL.com  201-858-1275

## TOTAL VALUES REALIZED: $202,750.00

Statistics
Appraisal Prepared for The Federal Bureau of Investigation
For Inventory Purposes for Fair Market Value
Appraisal is void if dismantled or separated

Effective Date: December 23, 2011
Austone-Enfeld Associates

17/90 RW