UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**TRENTON**  **February 11, 2013**
**OFFICE** **DATE OF PROCEEDINGS**

**JUDGE: TONIANNE BONGIOVANNI**
DIGITALLY RECORDED


**TITLE OF CASE**: CR-11-701-1 (JAP)

UNITED STATES OF AMERICA
        V.
ELIYAHU WEINSTEIN

**APPEARANCES:**

Rachel Honig, Esq., Zach Intrater, Esq., & Gurbir Grewal, Esq., for the Government.
Mark Harris, Esq., & Jessica Fisher, Esq., for defendant Weinstein

**NATURE OF PROCEEDING:**

Hearing via telephone re: (#75) Application from defendant requesting that conditions of his release be modified.
Ordered application granted in part denied in part.
Order to be submitted.


TIME COMMENCED:    11:30am                                         **s/ Mark Morelli**
TIME ADJOURNED:    12:00pm                                             **Deputy Clerk**
TOTAL TIME: 30 MINUTES