RECEIVED
FEB 21 2013
AT 8:30_____M
WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 11-701 (JAP) |
| ) | |
| Plaintiff, ) | |
| v. ) | Honorable Tonianne J. Bongiovanni |
| ) | United States Magistrate Judge |
| ELIYAHU WEINSTEIN ) | |
| ) | **CONSENT ORDER MODIFYING** |
| ) | **CONDITIONS OF RELEASE** |
| ) | |
| Defendant. ) | |

**THIS MATTER** having been opened to the Court by Defendant Eliyahu Weinstein for an Order Modifying Conditions of Release; the United States of America consenting to the application; and for good cause shown,

**WHEREFORE, IT IS** on this 21 day of February, 2013,

**ORDERED** that the Defendant may travel to South Florida as requested in the February 13, 2012 letter that the Defendant submitted to this Court (the "February 13 Letter"); and it is further

**ORDERED** that the travel to South Florida shall be for no longer than necessary as set forth in the February 13 Letter, and in no event, no greater than 48 hours; and it is further

**ORDERED** that all other terms and conditions of pretrial release previously imposed remain in full force and effect, except as modified by this Order.

_____
Honorable Tonianne J. Bongiovanni
United States Magistrate Judge