RECEIVED

MAR 19 2013

AT 8:30_____M
WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 11-701 (JAP) |
| ) | |
| Plaintiff, ) | |
| v. ) | Honorable Tonianne J. Bongiovanni |
| ) | United States Magistrate Judge |
| ELIYAHU WEINSTEIN ) | |
| ) | **ORDER MODIFYING** |
| ) | **CONDITIONS OF RELEASE** |
| ) | |
| Defendant. ) | |

**THIS MATTER** having been opened to the Court by Defendant Eliyahu Weinstein for an Order Modifying Conditions of Release; and for good cause shown,

**WHEREFORE, IT IS** on this ___ day of March, 2013,

**ORDERED** that the Defendant may travel to New York City without prior approval from Pretrial Services solely to meet with the Defendant's Proskauer Rose LLP attorneys of record in this matter (the "Proskauer Attorneys") at their offices, and for no other purpose; and it is further

**ORDERED** that this Order does not change the Defendant's previously granted permission to travel to New York City to meet with the Defendant's attorneys other than the Proskauer Attorneys and any agents of the Defendant's attorneys, provided that he obtains prior approval from Pretrial Services; and it is further

**ORDERED** that the Defendant's curfew is modified such that the Defendant may meet with the Proskauer Attorneys at their offices in New York City between the hours of 8:00 p.m. and 7:00 a.m. so long as the Defendant informs Pretrial Services, and for no other purpose; and it is further

**ORDERED** that, upon approval from Pretrial Services, the Defendant is permitted to travel to any location outside the District of New Jersey (but excluding areas within the District of New Jersey previously designated by the Court) solely for the purpose of attempting to collect any type of obligation owed to him or investment he has made, including the sharing of profits or the liquidation of his interests, and the Defendant is expressly prohibited from using these trips to incur any new loans or to generate any new revenue; and it is further

**ORDERED** that the Defendant shall, in advance of any travel, provide Pretrial Services with an itinerary of the proposed travel that identifies the location(s) to be visited, the individual(s) with whom the Defendant may be meeting, the name of the attorney who will accompany the Defendant, and general information concerning the purpose of the trip; and it is further

**ORDERED** that a licensed attorney shall accompany the Defendant on each trip, attend any meetings, and upon the Court's request (if requested by the government or otherwise) provide this Court with details concerning what occurred during the travel; and it is further

**ORDERED** that the Defendant must obtain approval from the Special Counsel prior to completing any transaction over $1,000, whether it involves the repayment of a loan, the liquidation of an investment, or the collection of profits; and it is further

**ORDERED** that the Special Counsel may fulfill his duty to approve any transaction over $1,000 by inspecting the proposed transaction and then speaking separately with the Defendant and with the other party to confirm that the other party has not been misled; and it further

**ORDERED** that all other terms and conditions of pretrial release previously imposed remain in full force and effect, except as modified by this Order.

_/s/ Tonianne J. Bongiovanni_
Honorable Tonianne J. Bongiovanni
United States Magistrate Judge