

**Krovatin Klingeman LLC**
ATTORNEYS AT LAW

60 PARK PLACE, SUITE 1100, NEWARK, NJ 07102   973-424-9777   WWW.KROVATIN.COM

GERALD KROVATIN
HENRY E. KLINGEMAN**
HELEN A. NAU*
ANNA G. COMINSKY*

**DOCUMENT FILED ELECTRONICALLY**

ALSO ADMITTED IN HI AND PA**
ALSO ADMITTED IN NY*

May 23, 2013

Honorable Joel A. Pisano
United States District Judge
United States District Court
  For the District of New Jersey
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

*[handwritten: Request granted. So ordered. /s/ Pisano 5/24/13]*

Re:   United States v. Eliyahu Weinstein
       Crim. No. 11-701 (JAP)

Dear Judge Pisano:

Given the allegations in the May 13, 2013 criminal Complaint entitled United States v. Eliyahu Weinstein, Mag. No. 13-8148 (MCA) (specifically Count 7), I ask the Court to permit me to withdraw as counsel.

Thank you for your thoughtful consideration.

Respectfully submitted,

/s/ Henry E. Klingeman
hklingeman@krovatin.com
Krovatin Klingeman LLC
60 Park Place, Suite 1100
Newark, NJ 07102

cc:   Howard Brownstein, Esq. (counsel in Mag. No. 13-8148 (MCA) (by regular mail)
       Mark Harris, Esq./Robert Cleary, Esq./Jessica Fisher, Esq. (by email)
       AUSAs Gurbir Grewal, Rachael Honig, and Zach Intrater (by email)
       Mr. Eli Weinstein (by regular mail)

**RECEIVED**
MAY 24 2013
AT 8:30_____M
WILLIAM T. WALSH, CLERK