

Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

May 29, 2013

Robert J. Cleary
Member of the Firm
d 212.969.3340
f 212.969.2900
rjcleary@proskauer.com
www.proskauer.com

**Via Electronic Filing**

Honorable Joel A. Pisano
United States District Judge
United States District Court for the District of New Jersey
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: <u>United States v. Eliyahu Weinstein</u>, Crim. No. 11-701 (JAP)

Dear Judge Pisano:

In light of the new charges filed against Mr. Weinstein in the criminal complaint captioned <u>United States v. Eliyahu Weinstein</u>, Mag. No. 13-8148 (MCA), I respectfully ask the Court to permit Proskauer Rose LLP, including myself, Mark Harris, Esq., and Jessica Fisher, Esq., to withdraw as counsel.

Thank you for your thoughtful consideration.

Respectfully submitted,

*Robert J. Cleary /MDH*

Robert J. Cleary

cc:  Howard Brownstein, Esq. (counsel in Mag. No. 13-1848 (MCA)) (via Electronic Mail)
     AUSAs Gurbir Grewal, Rachel Honig, and Zach Intrater (via Electronic Mail)
     Eliyahu Weinstein (via U.S. Mail)