**Proskauer»**   Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

May 29, 2013

Robert J. Cleary
Member of the Firm
d 212.969.3340
f 212.969.2900
rjcleary@proskauer.com
www.proskauer.com

**Via Electronic Filing**

Honorable Joel A. Pisano
United States District Judge
United States District Court for the District of New Jersey
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

*[Handwritten: Request granted. So ordered. /s/ Pisano 5/30/13]*

Re: <u>United States v. Eliyahu Weinstein</u>, Crim. No. 11-701 (JAP)

Dear Judge Pisano:

In light of the new charges filed against Mr. Weinstein in the criminal complaint captioned <u>United States v. Eliyahu Weinstein</u>, Mag. No. 13-8148 (MCA), I respectfully ask the Court to permit Proskauer Rose LLP, including myself, Mark Harris, Esq., and Jessica Fisher, Esq., to withdraw as counsel.

Thank you for your thoughtful consideration.

Respectfully submitted,

*Robert J. Cleary /MDH*

Robert J. Cleary

cc:   Howard Brownstein, Esq. (counsel in Mag. No. 13-1848 (MCA)) (via Electronic Mail)
      AUSAs Gurbir Grewal, Rachel Honig, and Zach Intrater (via Electronic Mail)
      Eliyahu Weinstein (via U.S. Mail)

RECEIVED

MAY 30 2013

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK