UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

DATE OF PROCEEDING: 06/17/2013

OFFICE: TRENTON
JUDGE JOEL A. PISANO
COURT REPORTER: J. CARUSO

CIVIL DOCKET #: 11-701(JAP)-01

TITLE OF CASE:
UNITED STATES OF AMERICA
    vs.
ELIYAHU WEINSTEIN - DEFENDANT PRESENT.

APPEARANCES:
Gurbir Singh Grewal, Rachel Honig, & Zach Intrater, Assistant United States Attorneys
Howard Brownstein, Esquire, for Defendant

NATURE OF PROCEEDING:
In-Person Status Conference.

Hearing on Government's application to revoke defendant's bail.

Ordered application Denied; Government to submit an appropriate order.

Ordered sentence date rescheduled for 9/10/2013 through 9/12/2013 at 10:00 a.m.

Ordered defendant remanded.

Time commenced: 11:00 a.m.
Time Adjourned: 11:30 a.m.
Total Time: 30 minutes

                                              s/Dana Sledge
                                              Courtroom Deputy