

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | The Honorable Joel A. Pisano |
| v. | Crim. No. 11-701 (JAP) |
| ELIYAHU WEINSTEIN | DETENTION ORDER |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Gurbir S. Grewal, Rachael A. Honig, Zach Intrater, Assistant United States Attorneys, appearing), in the presence of Howard Brownstein, Esq., attorney for defendant Eliyahu Weinstein, for an order pursuant to Title 18, United States Code, Section 3148(b), detaining defendant Weinstein without bail pending sentencing in the above-entitled matter, and the Court having considered the presentations of counsel on June 17, 2013, the Court makes the following findings:

1. Defendant Weinstein has been on pretrial release in this matter, under Title 18, United States Code, § 3142, since on or about October 25, 2011, and Defendant Weinstein's conditions of pretrial release included that he not commit another federal, state, or local offense while on pretrial release;

2. On January 3, 2013, Defendant Weinstein pled guilty to two Counts of an Indictment in this matter charging him with running a long running Ponzi scheme based on fake real estate investments, through which he stole millions of dollars from victims;

3. On May 14, 2013, Defendant Weinstein was arrested pursuant to a federal Complaint signed by the Honorable Madeline Cox Arleo, U.S.M.J. for the

District of New Jersey, and charged in a new criminal matter, Mag. No. 13-8148, with wire fraud, conspiring to commit wire fraud, committing wire fraud while on pretrial release, and engaging in monetary transactions with the proceeds of fraudulent activities;

4. There is therefore probable cause to believe that Defendant Weinstein has committed Federal crimes while on release;

5. The evidence against defendant Weinstein in Mag. No. 13-8148 is strong, and appears to demonstrate a continuation of the same types of fraudulent conduct to which he pled guilty in January 2013;

6. Therefore, Defendant Weinstein is unlikely to abide by any condition or combination of conditions of pretrial release; and

7. Having considered the factors set forth in Title 18, United States Code, Section 3148(b), the Court finds that there are no conditions or combination of conditions by which Defendant Weinstein will abide.

IT IS, therefore, on this __1__ day of ~~June~~ July, 2013,

ORDERED, pursuant to Title 18, United States Code, Section 3148, that defendant Weinstein be committed to the custody of the Attorney General or his authorized representative pending sentencing; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Weinstein be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an

attorney for the United States, defendant Weinstein shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that defendant Weinstein is hereby ordered detained pending sentencing in the above-entitled matter.

_____
THE HONORABLE JOEL A. PISANO
United States District Judge