UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

DATE OF PROCEEDING: 08/06/2013

OFFICE: TRENTON
JUDGE JOEL A. PISANO
COURT REPORTER: FRANK GABLE

CIVIL DOCKET #: 11-701(JAP)-01

TITLE OF CASE:
UNITED STATES OF AMERICA
    vs.
ELIYAHU WEINSTEIN - DEFENDANT PRESENT.

APPEARANCES:
Gurbir Singh Grewal & Rachel Honig, Assistant United States Attorneys
Howard Brownstein, Esquire, for Defendant

NATURE OF PROCEEDING:
In-Chambers & In-Person Status Conference held.

Hearing on Government's application for the defendant to be deposed.

Ordered application Granted; further ordered defendant to be deposed not later than 10-15-2013.

Hearing on Defendant's application for a forensic accountant.

Ordered application Denied.

Ordered sentence date adjourned to 12-09-2013 through 12-11-2013.

Government to submit an appropriate order not later than 08-10-2013.

Ordered defendant remanded.

Time commenced: 10:30 a.m.
Time Adjourned: 11:15 a.m.
Total Time: 45 minutes

    s/Dana Sledge
    Courtroom Deputy