UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                    Honorable Joel A. Pisano

v.                                           Crim. No. 11-701 (JAP)

ELIYAHU WEINSTEIN                            ORDER

This matter having been opened to the Court on motion of defendant ELIYAHU WEINSTEIN (Howard Brownstein, Esq., appearing) for the appointment of a forensic accountant pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, to assist defendant WEINSTEIN in preparing for sentencing, and for good cause shown,

**WHEREFORE, IT IS** on this 7 day of August, 2013,

**ORDERED** that the defendant WEINSTEIN's request for the appointment of a forensic accountant pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, is denied without prejudice;

**ORDERED** that the deposition of defendant WEINSTEIN contemplated in his January 3, 2013 plea agreement shall be completed no later than October 15, 2013;

**ORDERED** that defendant WEINSTEIN's sentencing hearing shall begin on December 9, 2013 at 10:00 a.m., and continue as necessary through December 11, 2013.

THE HONORABLE JOEL A. PISANO
United States District Judge