RECEIVED

AUG 1 4 2013

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA                              :
                                                      :        Docket No.: 11-CR-701 (JAP)
        -v-                                           :
                                                      :        **APPEARANCE**
ELIYAHU WEINSTEIN, et al.                             :
~~VLADIMIR SIROTOV~~                                  :
                                                      :
        Defendants.                                  :
                                                      :
                                                      :
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

        To the Clerk of this Court and all parties of record:

        Please enter my appearance as counsel in this case for Eliyahu Weinstein.

        I hereby certify under penalty of perjury that I am a member in good standing of the bar

of the following Courts since the indicated year of admission and that I am not the subject of

suspension or disbarment from any court:

        State of New York (2000)

        United States District Court, Southern District of New York (2001)

        United States District Court, Eastern District of New York (2001)

        United States Court of Appeals, Second Circuit (2011)

        United States Supreme Court (2012)


August 14, 2013
New York, New York

                                                Eric M. Creizman
                                                CREIZMAN PLLC
                                                565 Fifth Avenue, Fl. 7
                                                New York, New York 10017
                                                Tel.:  (212) 972-0200
                                                Fax:  (646) 200-5022
                                                Email: ecreiz@creizmanllc.com