UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------- x
                                                  :

UNITED STATES OF AMERICA       :      Docket No.: 11-CR-701 (JAP)

   -v-                                    :      **APPEARANCE**

ELIYAHU WEINSTEIN, and
VLADAMIR SIFOROV

        Defendants.

---------------------------------- x

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Eliyahu Weinstein.

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Courts since the indicated year of admission and that I am not the subject of suspension or disbarment from any court:

    State of New York (2008)

    United States District Court, Southern District of New York (2012)

    United States District Court, Eastern District of New York (2012)

August 27, 2013                                  /s/ Caroline J. Polisi
New York, New York                        Caroline J. Polisi
                                                  CREIZMAN PLLC
                                                  565 Fifth Avenue, Fl. 7
                                                  New York, New York 10017
                                                  Tel.: (212) 972-0200
                                                  Fax: (646) 200-5022
                                                  Email: cpolisi@creizmanllc.com