AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

#### District of _____

| | |
|---|---|
| UNITED STATES | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| ELIYAHU WEINSTEIN, and VLADAMIR SIFOROV | **CASE NUMBER:** 11-CR-701 (JAP) |
| Defendant (s). | |

Notice is hereby given that, subject to approval by the court, Eliyahu Weinstein _____ substitutes
(Party (s) Name)

Eric M Creizman _____, State Bar No. Pro Hac Vice _____ as counsel of record in
(Name of New Attorney)

place of   Howard B. Brownstein _____
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:        Creizman PLLC

Address:          565 5th Avenue, Fl. 7, New York, New York 10017

Telephone:        (212) 972-0200             Facsimile  (646) 200-5022

E-Mail (Optional): ecreiz@creizmanllc.com

I consent to the above substitution.

Date:   9/25/2013                                         _____
                                                         (Signature of Party (s))

I consent to being substituted.

Date:   8/22/2013                                        _____
                                                         (Signature of Former Attorney (s))

I consent to the above substitution.

Date:   8/21/2013                                        _____
                                                         (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   8/27/13                                          _____
                                                         Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

RECEIVED

AUG 2 8 2013

AT 8:30_____M
WILLIAM T. WALSH CLERK