

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, Suite 700*                    *973/645-2728*

*Newark, NJ 07102*

September 4, 2013

**VIA ECF ONLY**
The Honorable Joel A. Pisano
United States District Judge
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:  <u>United States v. Eliyahu Weinstein</u>, Cr. No. 11-701 (JAP)

Dear Judge Pisano:

    As directed by the Court, the government submits this letter by ECF to confirm receipt of the Court's September 4, 2013 ECF Notice setting the hearing on various defense motions for September 11, 2013 at 11:00 a.m.

                                       Respectfully submitted,

                                       PAUL J. FISHMAN
                                       United States Attorney

                    By:   <u>*s/Gurbir S. Grewal*</u>
                           GURBIR S. GREWAL
                           RACHAEL A. HONIG
                           ZACHARY INTRATER
                           Assistant U.S. Attorney

cc:    All counsel (by ECF)