UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Pisano |
| v. | : | Cr. No. 11-701 (JAP) |
| ELIYAHU WEINSTEIN | : | O R D E R |

Upon application of the United States of America by Paul J. Fishman, United States Attorney for the District of New Jersey (Gurbir S. Grewal, Assistant United States Attorney, appearing) for an order permitting agents of the Federal Bureau of Investigation to assume temporary custody of defendant ELIYAHU WEINSTEIN, USMS # 62465-050, who is presently being housed at the Federal Detention Center in Philadelphia, Pennsylvania, to produce him at the offices of the United States Attorney for the District of New Jersey, Camden, New Jersey, on Friday, October 11, 2013, at 9:00 a.m., for a deposition, and for good cause shown;

IT IS on this 2d day of October, 2013

ORDERED that agents of the Federal Bureau of Investigation be given temporary custody of defendant ELIYAHU WEINSTEIN for the purpose of transportation from the Federal Detention Center in Philadelphia, Pennsylvania, to the offices of the United States Attorney for the District of New Jersey, Camden, New Jersey, on Friday, October 11, 2013, at 9:00 a.m. for a deposition; and

IT IS FURTHER ORDERED that the agents of the Federal Bureau of Investigation provide defendant ELIYAHU WEINSTEIN with lunch if the deposition or the related transportation goes through the lunch hour, or if the agents are unable to return the defendant to the jail before the conclusion of lunch service at the Federal Detention Center at Philadelphia, where said defendant is housed; and

IT IS FURTHER ORDERED that the agents of the Federal Bureau of Investigation return defendant ELIYAHU WEINSTEIN to the Federal Detention Center at Philadelphia, Pennsylvania, at the conclusion of the deposition on October 11, 2013.

HONORABLE JOEL A. PISANO
United States District Judge