UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA           :
                                   : Docket No. 11-CR-701 (JAP)
     -v-                           :
                                   :
ELIYAHU WEINSTEIN, and             :
VLADAMIR SIFOROV                   : **NOTICE OF MOTION**
                                   :
         Defendants.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      PLEASE TAKE NOTICE THAT, upon the declaration of defendant Eliyahu Weinstein, dated November 13, 2013, and the accompanying memorandum of law, dated November 13, 2013, Mr. Weinstein will move this Court before the Honorable Joel A. Pisano, at the United States District Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey 10007, on a date and time to be determined by the Court, for an order permitting Mr. Weinstein to withdraw his guilty plea in the above-referenced action on the grounds that the Court erred in participating in plea negotiations, in violation of Rule 11 of the Federal Rules of Criminal Procedure, which had a coercive impact on Mr. Weinstein's decision to plead guilty.

| | |
|---|---|
| Dated: New York, New York<br>November 13, 2013 | /s/ Eric M. Creizman<br>Eric M. Creizman<br>CREIZMAN PLLC<br>565 Fifth Avenue, Fl. 7<br>New York, New York 10017<br>Tel.: (212) 972-0200<br>Fax: (646) 200-5022<br>Email: ecreiz@creizmanllc.com<br><br>*Attorneys for Eliyahu Weinstein* |