2009R00421
ESW/ms

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELIYAHU WEINSTEIN,<br><br>Defendant. | Honorable Joel A. Pisano, U.S.D.J.<br><br>Criminal No. 11-701<br><br>FINAL ORDER OF FORFEITURE |

**WHEREAS**, on or about October 27, 2011, the United States filed an Indictment, Criminal No. 11-701, against Eliyahu Weinstein (the "Defendant"), charging him with, amongst numerous other offenses, wire fraud conspiracy, in violation of 18 U.S.C. § 1349, and transacting in criminal proceeds, in violation of 18 U.S.C. § 1957; and

**WHEREAS**, on or about January 3, 2013, the Defendant pleaded guilty to one count of wire fraud conspiracy, in violation of 18 U.S.C. § 1349, and one count of transacting in criminal proceeds, in violation of 18 U.S.C. § 1957; and

**WHEREAS** pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any person convicted of an offense in violation of 18 U.S.C. § 1349 shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the commission of the offense; and

**WHEREAS** pursuant to 18 U.S.C. § 982, any person convicted of an offense in violation of 18 U.S.C. § 1957 shall forfeit to the United States any

property, real or personal, that was involved in the offense or is traceable to

such property; and

**WHEREAS,** on February 26, 2014, a Judgment and Preliminary Order of

Forfeiture was entered by this Court, wherein the United States was entitled to

possession of the following: a forfeiture money judgment in the amount of

$215,350,459 as well as the assets specified below:

a)  $822,091.76 from account number 7864181297 in the name of Action Holding held at TD Bank; and

b)  $13,348.13 from account number 381022014968 held in the name of Citadel Investments at Bank of America; and

c)  $1,589.43 from account number 381020694762 held in the name of Rivka Bichler at Bank of America; and

d)  $11.72 from account number 381022014971 held in the name of E & R Developers LLC at Bank of America; and

e)  $32,373.86 from account number 601213474 held in the name of Watch Hill Funding LLC at Provident Bank; and

f)  $997.42 from account number 832600555 held in the name of Watch Hill Funding LLC at Provident Bank; and

g)  Assorted Jewelry consisting of:

18kt White Gold and Diamond Collar Necklace – Pave;
18kt White Gold and Diamond Necklace with Pearl Choker;
18kt White Gold "Oliva" Diamond and Pink Tourmaline Ring;

18kt White Gold "de Grisogano" Allegra Ring Cross Over Design;
18kt Yellow Gold Diamond and Gemstone Ring;
14kt Yellow Gold Band - Square Edged;
14kt Yellow Gold Ring - Domed Groove;
18kt White Gold and Diamond Twist Ring;
18kt White Gold "Oliva" Diamond and Blue Spinal Ring;
18kt White Gold "Oliva" Blue and White Diamond Ring - Heart Shaped;
18kt Yellow and Chocolate Gold "de Grisogano" Diamond Ring – Love

Knot;
14kt White Gold Diamond Band - Bezel Setting;
18kt White Gold and Diamond Band - Invisible Setting;
18kt Yellow Gold Diamond Ring - Channel Setting;
14kt Yellow Gold and Cubic Zirconium Engagement Ring;
Silver Hebrew Signet Ring;
18kt White Gold Diamond and Pink Tourmaline Necklace;
18kt Yellow Gold Diamond and Gemstone Necklace - Abstract Style;
18kt White Gold Diamond Cluster Necklace;
18kt White Gold and Diamond Butterfly Necklace;
14kt 22 inch Yellow Gold Solid Rope Chain;
14kt White Gold Chain and 18kt White Gold Diamond Heart Pendant;
18kt White Gold Diamond Pave Heart Necklace;
Men's Black Jacob & Company POD Watch – New;
18kt White Gold White Diamond and Blue Diamond Earrings;
18kt White Gold Diamond Hoop Earrings;
18kt Yellow Gold Diamond and Citrine Earrings;
18kt White Gold Diamond and Ruby Earrings;
18kt White Gold Diamond Dangle Earrings;
18kt White Gold Diamond Hoop Earrings - huggie style;
14kt White Gold Round Diamond Stud Earrings - 4 Prong Basket
Setting;
14kt Yellow Gold Heart Shaped Diamond Stud Earrings;
18kt White Gold Heart Shaped Diamond Stud Earrings;
18kt White Gold Diamond and Pink Tourmaline Earrings;
18kt White Gold Heart Shaped Diamond Earrings;
14kt Yellow Gold Diamond Drop Shaped Earrings;
Silver and Cubic Zirconium and Freshwater Pearl Dangle Earrings;
Avi Luvaton 925 Sterling Silver Diamond and Enameled Bangle;
Avi Luvaton 18kt Yellow Gold Open Link Charm Bracelet with 3 Charms;
Men's 18kt Yellow Gold and Stainless Steel Cartier Balloon Bleu
Automatic Watch;

Ladies 18kt Yellow Gold and Stainless Steel Cartier Balloon Bleu
Automatic Watch;
Ladies 18kt Yellow Gold and Diamond Mauboussin Watch;
Ladies 18kt White Gold and Diamond Audemars Piguel Watch;
Loose 2.39CT TW Round Diamond;
14kt White Gold European Style Band;
18kt White Gold "Oliva" Diamond Bracelet;
14kt Yellow Gold Fancy Bracelet engraved With Love Abba & Mommy

- 3 -

Tishrei 5756;
18kt White Gold and Diamond Bangle - Flexible - 1 of 2;
18kt White Gold and Diamond Bangle - Flexible - 2 of 2;
Platinum Diamond Tennis Bracelet - 4 Prong Setting;
18kt Yellow Gold and Diamond Bangle Bracelet – Flexible;
18kt White Gold and Diamond Bracelet;
14kt Yellow Gold Mesh and Blue Topaz, Amethyst and Peridot Gemstone
Bangle;
18kt White Gold Blue and White Diamond Bracelet;
Avi Luvaton 18kt Yellow Gold and Diamond Necklace with Assorted
Pendants;
18kt White Gold Diamond Pendant Necklace;
Men's Stainless Steel Aviator Watch with Box;
14kt Yellow Gold Necklace - Hugs and Kisses Style;
14kt Yellow Gold Flexible Link Ring;
18kt White Gold and Diamond Necklace;
18kt Yellow Gold and Diamond Necklace - Heart Shaped Pendant;
Men's Stainless Steel Miyota Company Watch;
Men's 14kt Gold "Nobel" Watch;
Sterling Silver Chain and Synthetic Oval Citrine Pendant;Genuine
Cultured Pearl Necklace - 16 Inch Strand;
Genuine Cultured Pearl Necklace - 18 Inch Strand;
Stainless Steel Cubic Zirconium and Pink Quartz Cuff Links;
One Single Sterling Silver with Onyx and 14kt Yellow Gold Accents Cuff
Link;
One Single Sterling Silver with Cubic Zirconium Soccer Ball Style Cuff
Link;
One Single 14kt Yellow Gold Cuff Link with Hebrew Letters;
18kt Yellow Gold Cuff Links;
Silver Charm Hebrew Pendant;
Two Near Round Matched Pearls;

14kt White Gold Diamond Onyx and Mother of Pearl Cuff Links-
Checkerboard Design;
14kt White Gold Diamond and Rutilated Quartz Cuff Links;
18kt White Gold and Diamond Cuff Links;
Stainless Steel Zirconium and Blue Zirconium Cuff Links;
Rose Tone, Zirconium and Hematite Cuff Links;
Rose Tone, Zirconia and Fancy Quartz Cuff Links;
Stainless Steel, Zirconia and Fancy Quartz Cuff Links;
Avi Luvaton Sterling Silver and Rosewood Hebrew Compass;

- 4 -

Mark Lane Stainless Steel Braided Ball Point Pen; and
Dolce and Gabbana Sunglasses with Synthetic Cubic Zirconium Accents;

h)   Various Judacia articles consisting of:

Silver-Plated Kiddush Cup by Shuki Freiman, 20th Century;
Silver-Plated Kiddush Cup Tray with Hebrew Inscription, 20th Century, Jerusalem;
Grogger (noisemaker) for Purim, 20th Century, Jerusalem;
Omer Calendar Plaque "Sfirat Ha'Omer" with Turning Mechanism, 20th Century, Shuki Freiman, Jerusalem;
Haggadah for Passover, Shuki Freiman, Jerusalem, 1996;
Complete Havdalah set, Avi Luvaton, circa. 2010;
Seven Mezuzot, Avi Luvaton, Jerusalem, circa 2007;
"Shoforot" 8 Branched Chanukah Menorah, Shuki Freiman, Jerusalem, circa 2000;
Sefer Netzach Yisroel, "The Eternity of Israel," signed 1599;
Sefer-HaHasidim, Bologna, 19th century;
Sefer Pre-Zedek, Sefer-HaHasidim, Livorno, signed 1848;
Silver Scroll Case with Megillat Esther;
Megillah Esther Scroll without Silver accoutrements, Jerusalem;
Silver Case for Scroll of Esther and Scroll of Esther, Shuki Freiman, Jerusalem, circa 1990s;
Turntable Scroll of Esther within Silver Plated Shadowbox, Shuki Freiman, Jerusalem, circa 1990s;
Kettubah (Marriage Contract), Shuki Freiman, circa 1990;
A Scroll of Esther and Matching case, Shuki Freiman, Jerusalem, circa 2000; and
A Scroll of Esther, 20th century, Jerusalem,

(Collectively items "a" through "h" the "Forfeitable Property"), as representing

property that constitutes or was derived from proceeds traceable to a violation

of 18 U.S.C. § 1349, and subject to forfeiture pursuant to 18 U.S.C. §

981(a)(1)(C) and 28 U.S.C. § 2461(c), and/or property involved in a violation 18

U.S.C. § 1957, and subject to forfeiture pursuant to18 U.S.C. § 982; and

**WHEREAS,** pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 982(b)(1), a Notice of Forfeiture with respect to Forfeitable Property was posted on an official government internet site, namely www.forfeiture.gov, beginning on February 27, 2014 and running for thirty consecutive days through March 28, 2014; and

**WHEREAS** no claims or answers were filed against the Forfeitable Property within the time permitted;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

**THAT,** a money judgment in the amount of $215,350,459 is entered against the Defendant;

**THAT** the Forfeitable Property is forfeited to the United States of America and no right, title or interest in the property shall exist in any other party;

**THAT** upon execution of this Final Order of Forfeiture, and pursuant to 21 U.S.C. § 853, the United States Marshals Service shall be authorized to liquidate or otherwise dispose of the Forfeitable Property;

**THAT** all additional payments on the Money Judgment shall be made by postal money order or bank or certified check, made payable to the United States Marshals Service, and delivered to the United States Attorney's Office, District of New Jersey, Attn: Asset Forfeiture and Money Laundering Unit, 970 Broad Street, 7th Floor, Newark, New Jersey 07102, and shall indicate the defendant's name and case number;

**THAT** this Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure; and

**THAT** any and all forfeited funds, including but not limited to currency, currency equivalents, and certificates of deposits, as well as any income derived as a result of the United States Marshals Service's management and liquidation of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Marshals Service into the Department of Justice Assets Forfeiture Fund, in accordance with the law.

The Clerk is hereby directed to send copies to all counsel of record.

**ORDERED** this _____ day of _____, 2014.

_____
HONORABLE JOEL A. PISANO
United States District Judge