UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No.11-701 (AET) |
| v. | **ELECTRONICALLY FILED** |
| ELIYAHU WEINSTEIN, | ANNE E. THOMPSON, U.S.D.J. |
| Defendant. | |

### TURNOVER ORDER

**WHEREAS** this Court entered a Judgement in a Criminal Case on August 10, 2015, which, among other things, required Defendant Eliyahu Weinstein (Defendant) to pay mandatory Special Assessment in the amount of $200.00 and Restitution in the amount of $224,230,049.00, plus interest, to the victims;

**AND WHEREAS** the Court ordered that the Special Assessment and Restitution were due immediately;

**AND WHEREAS** a Restitution balance of approximately $223,157,823.89, plus interest, remained unpaid as of December 18, 2020;

**AND WHEREAS** pursuant to 18 U.S.C. § 3613(c), entry of final judgment created a lien on all of Defendant's property and rights to property;

**AND WHEREAS** the United States may use any authorized federal or state procedure to enforce the judgment. 18 U.S.C. § 3613(a), (f);

**AND WHEREAS** as of September 8, 2020, the Defendant had a Bureau of Prisons (BOP) Inmate Trust Account (also known as: Inmate Commissary Account) with an approximate balance of $6,906.18;

  **IT IS** on this <u>24th</u> day of <u>  December  </u> 2020,

 **ORDERED** that the BOP remit to the Clerk for the District of New Jersey, 402 East State Street, Room 2020, Trenton, New Jersey 08608 the balance that is currently held in the BOP Inmate Trust Account for the inmate Eliyahu Weinstein, Register Number: 62465-050, at the Federal Correctional Institution-Fort Dix at Joint Base MDL, New Jersey. Those funds shall be applied to the defendant's outstanding Restitution balance for distribution to the victims owed Restitution. Defendant shall be credited with the amount of that payment to his outstanding Restitution Order.

           <u>    /s/ *Anne E. Thompson*         </u>
           Anne E. Thompson
           United States District Judge