

December 28, 2020

**BY ECF**

The Honorable Anne E. Thompson,
 Senior United States District Judge
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

    Re:    <u>United States v. Eliyahu Weinstein</u>, **Crim. No. 11-701 (AET)**

Dear Judge Thompson:

    This firm represents Defendant Eliyahu Weinstein in the above-referenced matter. Earlier today, Mr. Weinstein filed a motion requesting that the Court vacate, or alternatively, stay the Court's "Turnover Order," entered on December 24, 2020 (ECF No. 209), directing the BOP to remit the entirety of Mr. Weinstein's BOP inmate commissary account to the Clerk for restitution. While that motion was noticed for the next available motion day, February 1, 2021, we respectfully request that the Court consider it as soon as possible given that the Turnover Order was entered prior to Mr. Weinstein having had a chance to respond to the government's application and the order will immediately and negatively impact Mr. Weinstein's ability to purchase necessary items in prison.

    We thank the Court for its attention to this matter.

                                           Respectfully,

                                           Jennifer Mara

cc:    All ECF Participants
        AUSA Jordan Anger
        Nancy Gertner
        William W. Fick
        Daniel N. Marx
        Michael Baldassare