NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITES STATES OF AMERICA,

v.

ELIYAHU WEINSTEIN,

Defendant.

Cr. No. 11-701

**ORDER**

THOMPSON, U.S.D.J.

THIS MATTER having come before the Court upon the Motion of Defendant Eliyahu Weinstein to vacate, or alternatively, to stay this Court's December 24, 2020 Turnover Order (ECF No. 209); and the Court having considered the submissions of Defendant and the United States, respectively; and for good cause shown;

IT IS, on this 31st day of December, 2020,

ORDERED that Defendant's Motion to Stay (ECF No. 210) is GRANTED; and it is further

ORDERED that the December 24, 2020 Turnover Order (ECF No. 209) is hereby STAYED pending Defendant's submission of his Opposition to the United States' Turnover Motion (ECF No. 208); and it is further

ORDERED that Defendant has until January 19, 2021 to file his Opposition Papers.

_____
ANNE E. THOMPSON, U.S.D.J.