

January 19, 2021

**BY ECF**

The Honorable Anne E. Thompson,
  Senior United States District Judge
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

      Re:    <u>*United States v. Eliyahu Weinstein*</u>**, Crim. No. 11-701 (AET)**

Dear Judge Thompson:

    This firm represents Defendant Eliyahu Weinstein in the above-referenced matter. On December 31, 2020, this Court granted Mr. Weinstein's Motion to Stay the December 24, 2020 "Turnover Order" and ordered him to file Opposition on or before January 19, 2021. *See* ECF No. 212. With the consent of the United States Attorney's Office, we hereby request a 14-day extension to file, thereby making Mr. Weinstein's Opposition due on or before <u>February 3, 2021</u>.

    If Mr. Weinstein's request meets with the approval of this Court, we ask that Your Honor so-order this letter and file it on the docket.

    We thank the Court for its attention to this matter.

                        Respectfully,

                        Jennifer Mara

cc:    All ECF Participants

                        IT IS SO ORDERED:

                        _____
                        HONORABLE ANNE E. THOMPSON,
                         SENIOR UNITED STATES DISTRICT JUDGE