

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

Rachael A. Honig
Acting U.S. Attorney

970 Broad Street, 7th floor
Newark, New Jersey 07102

973-645-2777

January 25, 2021

**BY ECF**

The Honorable Anne E. Thompson
Senior United States District Judge
Clarkson S. Fisher, Jr. Federal Bldg.
 & U.S. Courthouse
402 E. State Street
Trenton, New Jersey  08608

It is so ordered this 3rd day of February, 2021

*Anne E. Thompson*
Anne E. Thompson, U.S.D.J.

Re:   United States v. Eliyahu Weinstein, Crim. No. 11-701

Dear Judge Thompson:

Please be advised that the President of the United States on January 19, 2021, commuted the prison sentence of defendant Eliyahu Weinstein to a period of time served.  All other components of the defendant's sentence, including the forfeiture judgment and restitution order, remain unchanged and are in full force and effect.

A copy of the Executive Grant of Clemency is attached.  Please have your deputy make the appropriate notation on the docket of this case.

Respectfully submitted,

s/Rachael A. Honig

By:   RACHAEL A. HONIG
Acting U.S. Attorney

Encl.

cc:   All counsel of record (by ECF) (w/encl.)