PROB 12B
(12/20)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Eliyahu Weinstein                         Cr.: 11-00701-001
                                                           PACTS #: 58893

Name of Sentencing Judicial Officer:   THE HONORABLE ANNE E. THOMPSON
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Sentence:   08/10/2014

Original Offense:   Count 1: Conspiracy to Commit Wire Fraud
                    Count 36: Monetary Transaction from Specified Unlawful Activity

Original Sentence: 264 months of imprisonment, 36 months of supervised release
                   $224,230,049 in Restitution, $200 Special Assessment Fee

Special Conditions: Financial Disclosure, Life Skills Counseling

Type of Supervision: Supervised Release              Date Supervision Commenced: 01/20/2021

## PETITIONING THE COURT

☑ To modify the conditions of supervision as follows:

**NEW DEBT RESTRICTIONS**

You are prohibited from incurring any new credit charges, opening additional lines of credit, or incurring any new monetary loan, obligation, or debt, by whatever name known, without the approval of the U.S. Probation Office. You must not encumber or liquidate interest in any assets unless it is in direct service of the fine and/or restitution obligation or otherwise has the expressed approval of the Court.

**OCCUPATIONAL RESTRICTIONS**

You must refrain from any type of employment, or potentially profitable business dealings, in financial groups, investment firms, and/or financial products/instruments whose funds were solicited from individuals recruited by yourself or individuals recruited and procured by your associates. You must refrain from all commercial and/or personal real estate transactions which would result in personal income or potential future earned income during supervised release. You must refrain from employment, salaried or otherwise, as a consultant, adviser, investment manager, or investor in any capacity involving any form of real estate transaction, equity purchase, or initial public offering.

Prob 12B – page 2
Eliyahu Weinstein

**SELF-EMPLOYMENT/BUSINESS DISCLOSURE**

You must cooperate with the U.S. Probation Office in the investigation and approval of any position of self-employment, including any independent, entrepreneurial, or freelance employment or business activity. If approved for self-employment, you must provide the U.S. Probation Office with full disclosure of your self-employment and other business records, including, but not limited to, all of the records identified in the Probation Form 48F (Request for Self-Employment Records), or as otherwise requested by the U.S. Probation Office.

## CAUSE

The offender has previously engaged in unlawful monetary transactions while under Pretrial release and he has a significant history of financial fraud. Therefore, in an effort to deter further criminal behavior while under supervised release, facilitate the collection of restitution, and ensure the funds used to satisfy restitution are from legitimate and lawful means, the undersigned respectfully requests the addition of the aforementioned special conditions.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Matthew Kurzawa*

By: MATTHEW KURZAWA
Senior U.S. Probation Officer

/mk

APPROVED:

_____ 02/23/2021
DONALD L. MARTENZ, JR.         Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above (*as recommended by the Probation Office*)

[ ] No Action

[ ] Other

_____
Signature of Judicial Officer

2/24/21
Date

PROB 49
(4/19)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

☑ To modify the conditions of supervision as follows:

### NEW DEBT RESTRICTIONS

You are prohibited from incurring any new credit charges, opening additional lines of credit, or incurring any new monetary loan, obligation, or debt, by whatever name known, without the approval of the U.S. Probation Office. You must not encumber or liquidate interest in any assets unless it is in direct service of the fine and/or restitution obligation or otherwise has the expressed approval of the Court.

### OCCUPATIONAL RESTRICTIONS

As a further special condition of supervision, during the term of supervised release, you must refrain from any type of employment or potentially profitable business dealings in financial groups, investment firms or specific financial products/instruments whose funds were solicited from individuals recruited by yourself or individuals recruited and procured by your associates. You must refrain from all commercial and/or personal real estate transactions which would result in personal income or potential future earned income during supervised release. You must refrain from employment as a full or part-time paid consultant, adviser, investment manager, investor or conduit for any type of real estate transaction or stock purchase.

Prob 49 Waiver of Hearing – page 2
Eliyahu Weinstein

**SELF-EMPLOYMENT/BUSINESS DISCLOSURE**

You must cooperate with the U.S. Probation Office in the investigation and approval of any position of self-employment, including any independent, entrepreneurial, or freelance employment or business activity. If approved for self-employment, you must provide the U.S. Probation Office with full disclosure of your self-employment and other business records, including, but not limited to, all of the records identified in the Probation Form 48F (Request for Self-Employment Records), or as otherwise requested by the U.S. Probation Office.

Witness: _____  Signed: _____
U.S. Probation Officer                      Supervised Releasee
Matthew Kurzawa                           Eliyahu Weinstein

_____
2/23/21
Date