

Court Orders and Levies
RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774
Phone: 1-866-578-7022

**RECEIVED**
FEB 13 2024
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

United States District Clerk
Clarkson S. Fisher Building, 402 East State Street
Trenton, NJ 08608

**RE: SEALED v. Eliyahu Weinstein, OPTIMUS INVESTMENTS INC Case No.: 11701, United States District Clerk**

JPMorgan Chase Bank, N.A. is in receipt of your Garnishment against the following debtor(s): Eliyahu Weinstein, OPTIMUS INVESTMENTS INC

Memo: Account(s) Closed - Eliyahu Weinstein - NO DEPOSIT ACCOUNTS; Account 3963 is closed

**Answers**

| | |
|---|---|
| Does the Garnishee have custody, control or possession of such property? | NO |
| Provide a description of such property and the value of such interest: | Not Applicable |
| List description of any previous garnishments to which such property is subject and extent to which any remaining property is not exempt: | Not Applicable |
| List amount of debt garnishee anticipates owing to judgment debtor in the future and whether it will be weekly or another specified period: | Not Applicable |
| SIGNATURE | /S/JOSEPH A WILSON |

These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMorgan Chase Bank, N.A's answer to the Garnishment. If you should have any questions regarding this matter, please contact JPMorgan Chase Bank, N.A. at 1-866-578-7022.

Sincerely,

Joseph A Wilson
Transactions Specialist IV
JPMorgan Chase Bank, N.A.

Date: Tuesday, Feb 06, 2024



0298 FEB01'24 RCOE639793

**U.S. Department of Justice**

United States Attorney
District of New Jersey

| | |
|---|---|
| 970 Broad Street, Suite 700<br>Newark, New Jersey 07102 | *general number:* (973) 645-2700<br>*telephone:* (973) 645-3143<br>*fax:* (973) 645-3210 |

January 25, 2024

JP Morgan Chase Bank, N.A.
Mail Code LA4-7200
700 Kansas Lane
Monroe, LA 71203

<u>*Via FedEx*</u>: 7749 3842 0610

      Re:   United States of America
             v. **Optimus Investments Inc.**
             (as Nominee for Eliyahu Weinstein)
             <u>Cr No. 11-701</u>

Dear Sir/Madam:

      The enclosed papers are served on you pursuant to Sections 3202 and 3205 of the Federal Debt Collection Procedures Act (FDCPA) of 1990 (28 U.S.C. §§3202 and 3205). The FDCPA is an available remedy for the United States to collect the amount due on a judgment in its favor. This law became effective May 29, 1991.

1)    Application and Order for Writ of Garnishment;

2)    Writ of Garnishment;

3)    Clerk's Notice of Garnishment;

4)    Answer of the Garnishee and Instructions to the Garnishee.

      You are required to serve an Answer to the Writ of Garnishment and may use the enclosed form. This answer ***MUST*** be filed and served, even if you are willing to withhold and pay over the amount demanded to the United States.

      *If* a Garnishee Order is served on you, you will be required to pay the money withheld to the United States. Payment should be made payable to Treasurer of the U.S. and mailed to the Clerk of the District Court at 402 East State Street, Trenton, New Jersey 08608, Attn: Financial Section after you receive the Garnishee Order from the Court.

Kindly read the enclosed papers and, if you require additional information, please contact the undersigned at (973) 645-3143.

Very truly yours,

PHILIP R. SELLINGER
United States Attorney

By: Patricia Malave
Paralegal Specialist

JORDAN M. ANGER
ASSISTANT U.S. ATTORNEY

PHILIP R. SELLINGER
United States Attorney
JORDAN M. ANGER
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2829
Fax. 973-645-3210
email: JORDAN.ANGER@usdoj.gov
(FLU:PM)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>v.<br><br>OPTIMUS INVESTMENTS INC.<br>(AS NOMINEE FOR ELIYAHU WEINSTEIN),<br><br>          Defendant,<br>and<br><br>JP MORGAN CHASE BANK, N.A.<br>and its successors or assigns,<br>          Garnishee. | HON. MICHAEL A. SHIPP<br><br>CR NO. 11-701<br><br>APPLICATION AND ORDER FOR<br>WRIT OF GARNISHMENT |

  The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Eliyahu Weinstein, social security number ***-**-3859, whose last known address is: Lakewood, NJ 08701 in the above cited action in the amount of $217,567,559.00, plus interest at the rate of 0.12% per annum and penalties.

  The total balance due and owing as of July 19, 2023, is $218,332,483.45.

  Demand for payment of the above-stated debt was made upon the debtor not less than

30 days from July 19, 2023, and debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property in which Eliyahu Weinstein has a substantial non-exempt interest. More specifically, the Garnishee is a financial institution which is believed to have in its custody, control, or possession, property, **account \*\*\*\*\*\*963** belonging to the judgment debtor, **Optimus Investments Inc** as nominee for Eliyahu Weinstein.

The name and address of the Garnishee or his authorized agent is:

> **JP Morgan Chase Bank, N.A.**
> **Court Orders & Levies**
> Mail Code LA4-7200
> 700 Kansas Lane
> Monroe, LA 71203

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

By:   *s/JORDAN M. ANGER*
      JORDAN M. ANGER
      ASSISTANT U.S. ATTORNEY

IT IS, on this ___20th___ day of ___November___, 20_23_,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Garnishment.

*[signature]*
HON. MICHAEL A. SHIPP, JUDGE
UNITED STATES DISTRICT COURT

PHILIP R. SELLINGER
United States Attorney
JORDAN M. ANGER
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2829
Fax. 973-645-3210
email: JORDAN.ANGER@usdoj.gov
(FLU:PM)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          *Plaintiff,*<br>v.<br><br>OPTIMUS INVESTMENTS INC<br>(AS NOMINEE FOR ELIYAHU WEINSTEIN),<br><br>          *Defendant,*<br>and<br><br>JP MORGAN CHASE BANK, N.A.<br>and its successors or assigns,<br><br>          *Garnishee.* | HON. MICHAEL A. SHIPP<br><br>CR NO. 11-701<br><br>WRIT OF GARNISHMENT |

GREETINGS TO: JP Morgan Chase Bank, N.A.
       Mail Code LA4-7200
       700 Kansas Lane
       Monroe, LA 71203

   An Order Granting Application of the United States for a Writ of Garnishment against the property of **OPTIMUS INVESTMENTS INC** as nominee for Eliyahu Weinstein, defendant, has been filed with this Court. A judgment has been entered against the above-named defendant in the amount of $217,567,559.00, plus interest and penalties, computed through July 19, 2023.

   You are required to begin withholding in accordance with this garnishment from the

date you were served with these papers.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property in which **Optimus Investments Inc** as nominee for Eliyahu Weinstein has a substantial non-exempt interest. You must state the amounts you anticipate owing **Optimus Investments Inc** nominee for Eliyahu Weinstein.

You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the United States District Clerk at: Clarkson S. Fisher Building, 402 East State Street, Trenton, NJ 08608. Additionally, you are required by law to serve a copy of this writ upon the debtor and upon the United States Attorney, Financial Litigation Unit, 970 Broad Street, 7th Floor, Newark, NJ 07102.

Under the law, there is property which is exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption form.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached to this writ.

MELISSA E. RHOADS
U.S. DISTRICT COURT CLERK

Dated: 1/21/23

By: _____
DEPUTY CLERK

PHILIP R. SELLINGER
United States Attorney
JORDAN M. ANGER
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2829
Fax. 973-645-3210
email: JORDAN.ANGER@usdoj.gov
(FLU:PM)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>OPTIMUS INVESTMENTS INC<br>(AS NOMINEE FOR ELIYAHU WEINSTEIN),<br><br>　　　　　　　　　　　Defendant,<br><br>and<br><br>JP MORGAN CHASE BANK, N.A.<br>and its successors or assigns,<br><br>　　　　　　　　　　　Garnishee. | HON. MICHAEL A. SHIPP<br><br>CR NO. 11-701<br><br>**CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT** |

**TO THE ABOVE-NAMED DEFENDANT AND ALL OTHER PERSONS INTERESTED:**

You are hereby notified that property in the possession, custody, or control of JP Morgan Chase Bank, N.A., in which you have an interest, is being taken by the United States of America which has a Court Judgment in Criminal No. 11-701 in the sum of $217,567,559.00. A balance of $218,332,483.45 remains outstanding.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if Eliyahu Weinstein can show that the exemptions apply. Attached is a summary of the exemptions which are applicable pursuant to 18 U.S.C. § 3613(a).

If you are Eliyahu Weinstein you have a right to ask the court to return your property to you if you think you do not owe the money to the Government that it says you do, or if you think the property the Government is taking qualifies under one of the above exemptions.

The instructions for objection to the Answer of the Garnishee and for obtaining a hearing on the objections are set forth in the "Notice of Garnishment and Instructions to the Above-named Defendant" served upon you by the United States of America.

If you want a hearing, you must notify the court within 20 days after receipt of the notice. Your request must be in writing.

If you wish, you may use this notice to request the hearing by completing the Request for Hearing Form which is attached to the Writ of Garnishment. **You must either mail it or deliver it in person to the Clerk of the United States District Court at the Clarkson S. Fisher Building, 402 East State Street, Trenton, NJ 08608. You must also send a copy of your request to the United States Attorney at 970 Broad Street, 7th Floor, Newark, NJ 07102, so the Government will know you want a hearing.**

The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you think you do not owe the money to the Government. If you do not request a hearing within 20 days of receiving this notice, a Court Order will be entered attaching to the property which will then be applied against the judgment owed the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You *MUST* make your request in writing, and either mail it or deliver it in person to the Clerk of the District Court at the Clarkson S. Fisher Building, 402 East State Street, Trenton, NJ 08608. You *MUST* also send a copy of your request to the United States Attorney at 970 Broad Street, 7th Floor, Newark, NJ 07102, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the clerk of the court. The clerk is not permitted to give legal advice but can refer you to other sources of information.

MELISSA E. RHOADS
CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

PHILIP R. SELLINGER
United States Attorney
JORDAN M. ANGER
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2829
Fax. 973-645-3210
Email: JORDAN.ANGER@usdoj.gov
(FLU:PM)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    *Plaintiff,*<br><br>   v.<br><br>OPTIMUS INVESTMENTS INC.<br>(AS NOMINEE FOR ELIYAHU WEINSTEIN),<br><br>                                    *Defendant,*<br><br>and<br><br>JP MORGAN CHASE BANK, N.A.,<br>and its successors or assigns,<br><br>                                    *Garnishee.* | Hon. MICHAEL A. SHIPP<br><br>Criminal No. **11-701**<br><br>**ANSWER OF THE GARNISHEE** |

_____, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of:

_____    _____
(State full name and address of business)                                     (Telephone Number)


IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____ of a partnership composed of which

Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the (State Official Title &amp; telephone number) _____ of

Garnishee, _____ a corporation, organized under the laws of the State

of _____.

On _____, 20 ____, Garnishee received the Writ of Garnishment by certified mail.

The Garnishee was informed of its right to have the Writ served by the United States Marshal.

The Garnishee expressly waives service of the Writ of Garnishment by United States Marshal

and accepts service of the Writ of Garnishment by certified mail.

- **The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:**

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | _____ | _____ | _____ |
| 2. | _____ | _____ | _____ |
| 3. | _____ | _____ | _____ |

- **Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:**

| | Amount | Estimate date or Period Due |
|---|---|---|
| 1. | $_____ | _____ |
| 2. | $_____ | _____ |
| 3. | $_____ | _____ |

- Please state date, type, and amount of last transaction (including deposit, withdrawals and account closings.

  _____

- Has the individual closed any accounts with your institution in the past 12 months?        Yes ☐        No ☐

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

___   [The Garnishee makes the following claim of exemption on the part of Defendant:]

___   [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

___   [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, <u>Eliyahu Weinstein</u>, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, Eliyahu Weinstein, at (debtor's address):
   596 Seton Circle
   Lakewood, NJ 08701

and (2) the United States Attorney of the District of New Jersey, 970 Broad Street, 7th Floor, Newark, NJ 07102, Attn: JORDAN M. ANGER, AUSA.

_____
Garnishee

Subscribed and sworn to before me this
____ day of _____ 20___.

_____
Notary Public
(Seal)

My Commission expires: _____

18-Pg - 12 Letters - page 0033 of 0216

## ATTACHMENT TO ANSWER OF GARNISHEE

The Original Answer must be mailed to:

    Clerk, United States District Court
    Hon. MICHAEL A. SHIPP
    Judge, U.S. District Court
    Trenton Federal Courthouse Bldg.
    Clarkson S. Fisher Building
    Trenton, NJ 08608

and a copy of this Answer to:

    United States Attorney
    970 Broad Street
    7th Floor
    Newark, NJ 07102
    Attention:    JORDAN M. ANGER
                    Assistant U.S. Attorney

and to:

    Eliyahu Weinstein
    596 Seton Circle
    Lakewood, NJ 08701

TO:   JP Morgan Chase Bank, N.A.
      Mail Code LA4-7200
      700 Kansas Lane
      Monroe, LA 71203

### INSTRUCTIONS TO THE GARNISHEE

Pursuant to the Federal Debt Collections Procedures Act of 1990, 28 U.S.C. §3205(c)(3)(A), the United States serves the following instructions upon Garnishee with a copy of the Writ of Garnishment.

1. Enclosed is a Writ of Garnishment requesting that you determine whether or not you have in your possession, custody or control any of the property of the debtor listed therein, or any other property of the debtor. You have the right to have this Writ served on you by the United States Marshal, instead of by certified mail. If you choose to waive this right and accept service by certified mail, please follow the instructions as stated below. If you choose to exercise your right to service by United States Marshal, please call Patricia Malave, Paralegal Specialist at 973) 645-3143 and he/she will arrange to have a Deputy United States Marshal deliver copies of these papers to you.

2. You are required by law to serve a written answer to this Writ within **10 days** of the service of this Writ. You are further required to withhold and retain any property, including earnings, in which the debtor has a substantial non-exempt interest.

DO NOT SEND THIS MONEY TO THE UNITED STATES ATTORNEY'S OFFICE AT THIS TIME; THE FEDERAL DEBT COLLECTION PROCEDURES ACT REQUIRES THAT THE GARNISHEE WITHHOLD SUCH MONEY PENDING THE ISSUANCE OF THE FINAL ORDER. WHEN A FINAL ORDER IS ISSUED IN THIS MATTER, YOU WILL BE SERVED WITH A COPY OF THAT ORDER WITH INSTRUCTIONS AS TO WHERE TO SEND THE GARNISHMENT PAYMENTS.

3. **IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT, THE COURT MAY MAKE YOU LIABLE FOR THAT AMOUNT OF THE DEBTOR'S NON-EXEMPT PROPERTY WHICH YOU FAILED TO WITHHOLD. ADDITIONALLY, YOU MAY BE HELD LIABLE FOR A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES OF AMERICA IF THE UNITED STATES FILED A PETITION TO THE COURT REQUESTING AN EXPLANATION FOR YOUR FAILURE TO COMPLY WITH THIS WRIT.**

4. A form answer has been included with these instructions for your use, should you desire to use it. You are not required to use the form answer. If you use the form answer, please fill out the information completely and send the original to the Clerk of Court as directed in the Writ of Garnishment. Copies of your answer must be mailed to the United States Attorney's Office and the judgment debtor.

5. If you have any additional questions concerning this procedure, please call the Office of the United States Attorney, Patricia Malave, Paralegal Specialist at telephone number (973) 645-3143 or by mail to: United States Attorney's Office, Financial Litigation Unit, 970 Broad Street, Room 700, Newark, New Jersey 07102. The United States Attorney's Office cannot provide you with legal advice on this matter; for legal advice, you should contact an attorney. If you are unsure of how to proceed, you may want to consult an attorney.